Daley & Heft, LLP
Attorneys at Law
Mitchell D. Dean, Esq. (SBN 128926)
Lee H. Roistacher, Esq. (SBN 179619)
Heather E. Paradis, Esq. (SBN 276650)
Garrett A. Smee, Esq. (SBN 228055)
462 Stevens Avenue, Suite 201
Solana Beach, CA 92075
Telephone: (858) 755-5666
Facsimile: (858) 755-7870
E-mail: mdean@daleyheft.com
   lroistacher@daleyheft.com
   hparadis@daleyheft.com
   gsmee@daleyheft.com

Attorneys for Defendants
City of El Cajon and Richard Gonsalves

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD OLANGO ABUKA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EL CAJON, RICHARD GONSALVES and DOES 1-10, Inclusive,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.: 3:17-cv-00089-BAS-NLS<br>   consolidated with Case No:<br>   3:17-cv-00347-BAS-NLS)<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS CITY OF EL CAJON AND RICHARD GONSALVES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF RICHARD GONSALVES, NORMA CABANA, RICHARD SUTHERLAND, STEVEN MCDANIEL AND GARRETT A. SMEE; NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT THEREOF**<br><br>Date: November 5, 2018<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT**<br><br>Courtroom: 4B<br>Judge:   Hon. Cynthia Bashant |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 5, 2018, in Courtroom 4B of the above-identified Court, Defendants City of El Cajon and Richard Gonsalves

1

will move, and hereby do move, for an order granting summary judgment or partial summary judgment in their favor and against Plaintiffs Richard Olango Abuka and Taina Rozier, individually and as successor in interest to Alfred Okwera Olango deceased; C.O., a minor, individually and as Successor in Interest to Alfred Okwera Olango, deceased, by and through her Guardian Ad Litem, Taina Rozier; and H.C., a minor, individually and as Successor in Interest to Alfred Okwera Olango, deceased, by and through her Guardian Ad Litem, Celanese Small.

This motion is based on this notice and motion, the accompanying memorandum of points and authorities, the attached notice of lodgment, the attached proposed order, the attached declarations of Richard Gonsalves, Steven McDaniel, Norma Cabana, Richard Sutherland and Garrett A. Smee, the pleadings and papers on file in this matter, the arguments and representations of counsel at the hearing and upon all other matters upon which the Court must take judicial notice.

Dated: October 1, 2018               Daley & Heft, LLP


By: */s/ Lee H. Roistacher*
    Mitchell D. Dean
    Lee H. Roistacher
    Heather E. Paradis
    Garrett A. Smee
    Attorneys for Defendants
    City of El Cajon and Richard Gonsalves

E-mail:  mdean@daleyheft.com
          lroistacher@daleyheft.com
          hparadis@daleyheft.com
          gsmee@daleyheft.com