Daley & Heft, LLP
Attorneys at Law
Mitchell D. Dean, Esq. (SBN 128926)
Lee H. Roistacher, Esq. (SBN 179619)
Heather E. Paradis, Esq. (SBN 276650)
Garrett A. Smee, Esq. (SBN 228055)
462 Stevens Avenue, Suite 201
Solana Beach, CA 92075
Telephone: (858) 755-5666
Facsimile: (858) 755-7870
E-mail: mdean@daleyheft.com
        lroistacher@daleyheft.com
        hparadis@daleyheft.com
        gsmee@daleyheft.com

Attorneys for Defendants
City of El Cajon and Richard Gonsalves

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD OLANGO ABUKA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EL CAJON, RICHARD GONSALVES and DOES 1-10, Inclusive,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.: 3:17-cv-00089-BAS-NLS (Consolidated with Case No: 3:17-cv-00347-BAS-NLS)<br><br>**DECLARATION OF RICHARD GONSALVES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 5, 2018<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT**<br><br>Courtroom: 4B<br>Judge: Hon. Cynthia Bashant |

I, Richard Gonsalves, declare,

1.    I am a resident of California and I am over the age of 18.

2.    I am employed by the City of El Cajon. I am a City police officer. I was hired in May 1995.

3.    On September 27, 2016, I was working the day shift. I was in full standard uniform. I was carrying a department issued firearm. I did not carry a Tazer. I was driving a marked police vehicle, unit 227. At approximately

2:03 p.m. on September 27, 2016, I received a dispatch call about a man acting strangely and walking into traffic. I now know this man was named "Alfred Olango." I am confident that I received the call from dispatch at approximately 2:03 p.m. because, within the past five days, I listened to the time stamped recording of the audio dispatch recording where I was called to Broadway and Mollison. A true and correct copy of a CD with that dispatch recording is filed concurrently herewith as Exhibit "A."

4. At approximately 2:08 p.m. on September 27, 2016, I arrived at Broadway and Mollison planning to locate and talk to Olango. I met my fellow Officer, Josh McDaniel, at the ARCO gas station at the corner of Broadway and Mollison. Neither of us had seen Olango.

5. Shortly after arriving at the ARCO station, an African-American women who was later identified as Lucy Olango approached us from across the street and McDaniel got out of his car to talk to her. I remained in my car.

6. I overheard Lucy tell McDaniel that she last saw Olango on Broadway, west of Mollison. Overhearing this, I left to find Olango at approximately 2:08 p.m.

7. I first observed Olango walking toward Broadway in a strip mall parking lot near a taco shop. After driving to the area where Olango was located I made eye contact with him. I then got out of my car and said something to the effect of: "Hey I need to talk to you" or words of similar effect. He then stopped about 15-20 feet away from me.

8. After getting out of my car, I started to perform a head to toe scan of Olango's person. In the process, and consistent with my training education and experience, I began to focus on the waistband area of Olango's person. At that time, shortly after exiting my patrol vehicle, I noticed a bulge in Olango's right front pocket. Shortly after noticing this bulge, Olango put his right hand into his right pocket. I reported that I had located Olango and he had his hand in his pocket

2

at 2:10:41 p.m. I am confident of the time of my initial contact because I have listened to the dispatch call. Also, attached as Exhibit "B" is a true and correct copy of the dispatch log showing the time that I reported making contact with Olango.

9. Using a calm, non-stern voice, I told Olango to remove his hand from his pocket. In response, he said nothing and did not remove his hand. As I made repeated requests to Olango to remove his hand, my requests became more stern and louder. Thinking Olango may have been deaf or could not understand English, I several times imitated the motion of taking a hand out of my own pocket as a visual cue to him. Nonetheless, he kept his hand in his pocket, and then backed away from me.

10. Based on my training, education and experience in law enforcement, together with information from dispatch that Olango was acting "erratically", may have been a "5150" and was walking in the middle of traffic, I believed Olango was going to run or fight. He made suspicious furtive movements by walking backward and from side to side. He also seemed to be looking in all different directions, as though he was paranoid with his surroundings and looking for an escape.

11. Noticing a pocket bulge larger than a hand, and because of the way Olango was moving and Olango's refusal to remove his hand, I thought Olango might have had a gun in his pocket. I then put my left (and dominate) hand on my holstered gun. Olango moved away from me in a purposeful manner, walking at a normal pace back and sideways with his hand remaining in his pocket despite my repeated requests to remove it. Since Olango reportedly had been walking into traffic and was acting erratically, I was concerned for Olango's safety and the safety of others in the area. I did not want Olango running away and into traffic where he could get injured or possibly cause injury to someone else. Nor did I want Olango entering any of the businesses at the strip mall, particularly since

Olango still had his hand in his pocket and I had not yet been able to talk to Olango to find out what was going on or to confirm that he was not armed. I was also concerned for my safety and the safety of anyone out in the area. It was clear to me that we were immersed in a fluid, unpredictable situation. Olango was disregarding instruction from an armed law enforcement officer. He had given me every reason to believe he had a weapon in his pocket by refusing to show me what he had in his hand. We were in a high volume area of the town, on a main thoroughfare, where there were numerous businesses, patrons and vehicles. In addition, my training education and experience in law enforcement has shown that a suicidal suspect is just as equally a homicidal suspect. His actions in exposing himself to danger by walking into traffic suggested that he had no regard for his safety, which also indicated to me that he generally had no regard for the safety or welfare of others.

12. Walking back and forth while generally moving backward, Olango was walking himself into an area of containment, toward a fence and parked cars. Because I believed I could better control the situation if Olango was somewhat contained, I matched Olango's movements while repeatedly commanding Olango to remove his hand from his pocket. While facing me, Olango kept his hand in his pocket as he erratically moved backward and sideways. Fearing for my safety, since at this point, I had to presume that Olango was armed and believing the situation might progress to the point where deadly force may be justified, I removed my gun but kept it along my left upper thigh. As we came closer to the area of containment, I knew we were reaching an impasse. On one hand, Olango had proven that he would not obey instructions despite my reasonable request that he provide assurance that he was not armed. On the other hand, I had a concern for the welfare of the people in the surrounding businesses, in addition to my own personal safety. As we reached an area of containment, I believed the likelihood of Olango's "flight" seemed less and less, and the

4

likelihood of a "fight" became greater and greater. I was in great fear that this situation was not going to end well.

13. On several occasions during the encounter, I hit my radio button so my actual commands to Olango could be heard by other officers. I knew that if other officers heard me repeatedly telling Olango to remove his hand that it would be known that Olango was being non-compliant. I did not want to potentially make the situation worse if Olango saw or heard me make a standard radio broadcast.

14. The rest of the encounter was captured on video. A true and correct copy of video surveillance footage taken from the nearby taco shop is filed concurrently herewith as Exhibit "C." I have reviewed the footage very carefully. The footage actually depicts what happened at the time of the shooting. A true and correct copy of footage taken from a cell phone is also filed concurrently herewith as Exhibit "C." I have reviewed this footage very carefully. The footage actually depicts what happened at the time of the shooting.

15. Olango's movements became more erratic and his hand remained in his pocket. Olango suddenly bladed his body so that his right side was away from me. This caused the entire right side of Olango's body, including his right pants pocket, to be hidden from my view. Believing Olango may have been drawing a gun, I moved my firearm to a "compressed ready" position where my gun was pointed downward flat against my chest. I again told Olango to get his hand out of his pocket, and for the first time, he said "no." I could hear a person yelling behind me. I could not make out what she was saying and I did not recognize the voice. I was concerned the person was getting closer to me. I looked over my shoulder and discovered it was Lucy. I used my right arm and motioned for Lucy to get back as I verbally said the same.

///

///

16.     The final moments of the encounter were captured on video. A true and correct copy of an electronic file of the footage in question is filed concurrently as Exhibit "C." Although the footage and images have been enhanced for clarity, the material accurately displays the events as they unfolded on the day of the shooting, taken from the vantage point of a cell phone and video surveillance from the taco shop.

17.     I fired shots at Olango after seeing him remove his right hand from his pocket, get into a shooting stance, and point an object with a metal barrel that I believed was a gun directly at me. I fired because I feared for my life. I reported "shots fired" immediately after I fired my last shot, which was at 2:11 p.m. I then immediately requested emergency medical personnel and they arrived within a few minutes. Attached as Exhibit "B" is a true and correct copy of the dispatch log showing when I reported shots fired. The time from my initial contact with Olango to the shooting was approximately less than two minutes.

18.     What Olango removed from his pocket and had in his hands was a "vape" device shaped like a gun with a metal barrel. A true and correct copy of the picture of the device is filed concurrently herewith as Exhibit "D".

19.     After shooting Olango, I immediately requested emergency medical personnel. Myself and fellow officers began rendering first aid, and paramedics arrived within minutes of my request.

20.     I did not know and I never spoke to Olango prior to September 27, 2016. I harbor no ill will toward Olango. I was not mad at him. I was not trying to bully or get even with Olango.

///

///

///

///

///

6

21.     Prior to this event, I had received training in appropriate use of force. In addition, I had training from the City of El Cajon in the area of interacting with individuals suffering from, or suspected of suffering from, mental illness. I have satisfied all training requirements to stay in good standing as a police officer in the State of California.

I declare under penalty of perjury under the laws of the United States of America that the above-stated facts are true and correct.

Executed this 28th day of August, 2018, at El Cajon, California.

_____
Richard Gonsalves, Declarant

# EXHIBIT A



Abuka, et al. v. City of El Cajon
Dispatch Calls

**DVD will be provided via Attorney Service in Courtesy copy to Chambers and via Federal Express to counsel**

| Dispatch Male: | Go to 227 228, can you respond to 871 North Mollison at the Arco, reference a 5150. Subject is BMA, 30's, black tank top, blue pants. He was seen walking into traffic and the RP continues to recall. At the Arco, 871 North Mollison. |
|---|---|
| Second Male Response: | 227 First and Naranca. |

[End of recording]

| First Male: | 228, 227, I don't see him on Broadway. |
|---|---|
| Second Male Response: | That was the last place she saw him. His first name is Alfred, same last name as RP. |
| First Male: | _____. |

[End of recording.]

**CALL #3:  RECORDED ON 9/27/16 at 14:10:19**

| First Male: | 228, give me the air, I'm going to be on the subject at 833 Broadway, noncompliant, got his hand in his pocket. |
|---|---|
| Second Male Response: | Give the air to 833 Broadway. |

[End of recording.]

**CALL #4:  RECORDED ON 9/27/16 at 14:10:40**

| First Male: | 210, will _____ from park. |
|---|---|
| Second Male Response: | 210. |
| Third Voice: | All right 210.  10/4. |
| First Male: | 228, still noncompliant, still won't get his hand out of his pocket.  He's uh walking all over the parking lot. |
| Third Voice: | 10/4.  Continue ET for 833 Broadway. |
| First Male: | Get your hand out of your pocket. |

[End of recording.]

**CALL #5: RECORDED ON 9/27/16 at 14:11:52**

| First Male: | 228, shots fired.  Send me an ambulance. |
|---|---|
| Second Male Response: | Shots fired.  833 Broadway, rear of the taco shop. |

[End of recording.]

**EXHIBIT B**

# Call For Service Detail Report - CFS 993

| Address | 871 N MOLLISON AVE 16, El Cajon | | | | |
|---|---|---|---|---|---|
| Common Name | | | | | |
| Custom Layer | | Census Tract | | | |
| Beat | Sector 7 | Quadrant | | District | |
| Caller Name | olango, lucy | Caller Phone | (619) 792-9760 | Call Taker | astilis |
| Create Date | 9/27/2016 12:57:19 PM | Clear Date | 9/27/2016 8:56:44 PM | Nature Of Call | |

**Agencies**

| Call Type | Status | Priority | Dispatcher | Created Date |
|---|---|---|---|---|
| 5150 | Active | 2 | astills | 9/27/2016 12:57:19 PM |

**Call Narrative**

**\*\*\* 9/27/2016 \*\*\***

| Time | Description | | User | Machine |
|---|---|---|---|---|
| 8:26:42 PM | 836 going into Wendys | | Groll,Craig | |
| 8:22:52 PM | 429 | | Groll,Craig | |
| 8:22:13 PM | 20l | | Groll,Craig | |
| 8:22:08 PM | 22s | | Groll,Craig | |
| 8:22:00 PM | 205 | | Groll,Craig | |
| 8:21:56 PM | 137 | | Groll,Craig | |
| 8:21:52 PM | 208 | | Groll,Craig | |
| 8:21:49 PM | 207 | | Groll,Craig | |
| 8:21:46 PM | 138 | | Groll,Craig | |
| 8:21:43 PM | 402e | | Groll,Craig | |
| 8:21:40 PM | 140 | | Groll,Craig | |
| 8:21:37 PM | 20s | | Groll,Craig | |
| 8:21:27 PM | 217 | | Groll,Craig | |
| 8:21:23 PM | 404e | | Groll,Craig | |
| 8:21:19 PM | 219 | | Groll,Craig | |
| 8:21:17 PM | 401e | | Groll,Craig | |
| 8:21:12 PM | 130 | | Groll,Craig | |
| 8:21:11 PM | 426z | | Groll,Craig | |
| 8:21:04 PM | 302 | | Groll,Craig | |
| 8:21:00 PM | 210z | | Groll,Craig | |
| 8:20:53 PM | 304z | | Groll,Craig | |
| 8:20:40 PM | 146 | | Groll,Craig | |
| 8:20:39 PM | 148 | | Groll,Craig | |
| 8:20:38 PM | 44k | | Groll,Craig | |
| 8:20:05 PM | 20s - roll call | | Groll,Craig | |
| 8:18:52 PM | 20L - all units clear from Broadway -- meeting at ECPD | | Groll,Craig | |
| 8:18:25 PM | Alley is clear | | Groll,Craig | |
| 8:16:41 PM | sdso disp --- has units meeting up at 1012 e. bradley, the church | | Walker,Marvi | |
| 8:12:59 PM | 20L- El Cajon units open up the alley | | Groll,Craig | |
| 8:10:27 PM | 20L - moving out | | Groll,Craig | |

I hereby certify that I have compared this copy with the original thereof, now on file in my office; that the same is a true and correct transcript therefrom and of the whole thereof.

WITNESS my hand this ____6____ day of __FEB__ in the year 20__, at El Cajon, California.

Signature _____

Title: _____

Agency: El Cajon Police Department

| Time | Description | Name |
|---|---|---|
| 7:51:20 PM | once clear | Groll,Craig |
| 7:51:16 PM | 20L - All units - 10-87 west of PD | Groll,Craig |
| 7:46:35 PM | 80L - All 800 units go clear | Groll,Craig |
| 7:41:38 PM | 20l | Groll,Craig |
| 7:41:34 PM | 401e | Groll,Craig |
| 7:41:32 PM | 302 | Groll,Craig |
| 7:41:19 PM | 404e | Groll,Craig |
| 7:41:14 PM | 22s | Groll,Craig |
| 7:41:11 PM | 20s | Groll,Craig |
| 7:41:10 PM | 205 | Groll,Craig |
| 7:41:05 PM | 217 | Groll,Craig |
| 7:41:04 PM | 207 | Groll,Craig |
| 7:41:01 PM | 208 | Groll,Craig |
| 7:40:57 PM | 219 | Groll,Craig |
| 7:40:53 PM | 138 | Groll,Craig |
| 7:40:51 PM | 402e | Groll,Craig |
| 7:40:50 PM | 210z | Groll,Craig |
| 7:40:40 PM | 44k | Groll,Craig |
| 7:40:33 PM | 148 | Groll,Craig |
| 7:40:30 PM | 130 | Groll,Craig |
| 7:40:27 PM | 146 | Groll,Craig |
| 7:40:23 PM | 137 | Groll,Craig |
| 7:40:20 PM | 426 | Groll,Craig |
| 7:40:18 PM | 140 | Groll,Craig |
| 7:40:17 PM | 427 | Groll,Craig |
| 7:40:16 PM | roll call per 20s | Groll,Craig |
| 7:14:36 PM | 210z - coin thrown at him in the crowd | Groll,Craig |
| 6:42:25 PM | 138/140/130/146 - e/r in 10-16 van | Groll,Craig |
| 6:42:04 PM | sdso is 10-4 to activate the 50% lemon grove lakeside and santee and patch set for le s tac 1 | Elder,Joel |
| 6:40:28 PM | 20L requests SDSO contigent from Santee, Lemon Grove, Spring Valley - non code - respond to 851 N Mollison | Groll,Craig |
| 3:59:45 PM | 16008453 | Vojtaskovic,Dave |
| 3:56:44 PM | Case # 16008453 - OR/OIS/777 Broadway | McDaniel,Josh |
| 3:28:05 PM | subj's family is poss er to hosp in a 2dr newer blue acura | Stills,Amanda |
| 3:10:49 PM | sdpd sending a unit to sharp memorial as a precaution in case family shows up there | Stills,Amanda |
| 2:51:37 PM | family members at 848 n mollison coming out to scene | Vojtaskovic,Dave |
| 2:40:30 PM | AMR 438 to Sharp Memorial | Stills,Amanda |
| 2:30:10 PM | 227 er 10-19 | Vojtaskovic,Dave |
| 2:25:03 PM | 301 w subj er to hosptal | Vojtaskovic,Dave |
| 2:21:59 PM | correction - 90l and 40s er 1019 with 228 | Meredith,Pete |
| 2:21:42 PM | 90s 40s er 1019 with 228 | Meredith,Pete |
| 2:14:59 PM | 90l / all units c3 reduce | Meredith,Pete |
| 2:13:57 PM | off alley best access | Vojtaskovic,Dave |
| 2:12:04 PM | fd er and staging | Meredith,Pete |
| 2:11:53 PM | shots fired | Vojtaskovic,Dave |
| 2:11:02 PM | behind the taco shop non copmpliant | Vojtaskovic,Dave |
| 2:10:42 PM | et for 833 broadway | Meredith,Pete |
| 2:10:41 PM | 833 broadway on one with pocket refusing to remove hand | Vojtaskovic,Dave |
| 2:10:30 PM | 22s 10-4 | Meredith,Pete |
| 2:10:27 PM | 210z c3 wells park | Meredith,Pete |
| 2:06:06 PM | tried recalling to let her know officers are in the area and the number given | Gray,Kenny |

CONFIDENTIAL

| Time | Description | User |
|---|---|---|
| | does not work | |
| 2:01:45 PM | RP is 415 and says he needs to be placed on a 5150 | Gray,Kenny |
| 2:01:36 PM | He is at the corner of Broadway and Mollison | Gray,Kenny |
| 2:01:13 PM | RP calling in again and saying he is almost getting hit by cars | Gray,Kenny |
| 1:56:12 PM | 22s 10-4 call pending | Meredith,Pete |
| 1:48:20 PM | 22s 104 nua | Vojtaskovic,Dave |
| 1:45:26 PM | subj now at the arco gas on the NE corner broadway and mollison | Meredith,Pete |
| 1:44:47 PM | subject walking nb to broadway | Meredith,Pete |
| 1:44:34 PM | subj - BMA 30 / blk tank top / blu pants | Meredith,Pete |
| 1:44:09 PM | rp recalled - subject is now walking in traffic | Meredith,Pete |
| 12:59:01 PM | per rp he needs mental evaluation// he is not actnig himself | Stills,Amanda |
| 12:58:29 PM | no weapons | Stills,Amanda |
| 12:58:16 PM | hard to understand rp// lang barrier | Stills,Amanda |
| 12:58:04 PM | brother is 30yo alfred olango | Stills,Amanda |
| 12:57:39 PM | rp's brother is mentally unstable | Stills,Amanda |
| 12:57:27 PM | sdso transfer | Stills,Amanda |

**EMD Narrative**

| Time | Description | User |
|---|---|---|

**Call Persons**

| Name | Date of Birth | Contact Phone | Machine |
|---|---|---|---|
| olango,lucy | | (619) 792-9760 | CAD13 |

**Call Vehicles**

| Vehicle Type | Make | Model | Role | Year | License State | License Number |
|---|---|---|---|---|---|---|

**Call Dispositions**

| Name | Count |
|---|---|
| CRIMINAL | 6 |
| OH | 5 |
| 11-10 | 1 |

**Unit Dispositions**

| Name | Unit Number | Disposition Date |
|---|---|---|
| CRIMINAL | 44K | 9/27/2016 8:34:15 PM |
| CRIMINAL | 208P | 9/27/2016 8:36:51 PM |
| OH | 208P | 9/27/2016 8:36:51 PM |
| CRIMINAL | 217 | 9/27/2016 8:27:28 PM |
| OH | 217 | 9/27/2016 8:27:28 PM |
| CRIMINAL | 219 | 9/27/2016 8:30:37 PM |
| OH | 219 | 9/27/2016 8:30:37 PM |
| CRIMINAL | 226 | 9/27/2016 2:27:16 PM |
| OH | 226 | 9/27/2016 2:27:16 PM |
| CRIMINAL | 227 | 9/27/2016 8:23:50 PM |
| OH | 148Z | 9/27/2016 8:29:22 PM |

CONFIDENTIAL

# Call Log

*** 9/27/2016 ***

| Time | Action | Description | Name | Machine |
|------|--------|-------------|------|---------|
| 8:56:44 PM | Call Cleared | Close Call | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 205 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Disposition Changed | Added: CRIMINAL Count 6,OH Count 5 Changed: 11-10 Count 1 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 207 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 210Z 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 836 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 40S 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 401E 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 404E 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 228 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 140 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 301 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 302 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Disposition Changed | Added: 11-10 Count 1 | Craig Groll | CAD12 |
| 8:56:08 PM | Unit Status Action | Unit 304 10-8 | Kristen Watson | CAD13 |
| 8:54:52 PM | Unit Status Action | Unit 426Z 10-8 | Kristen Watson | CAD13 |
| 8:54:22 PM | Unit Status Action | Unit 146 10-8 | Kristen Watson | CAD13 |
| 8:52:09 PM | Unit Status Action | Unit 138 10-8 | Kristen Watson | CAD13 |
| 8:52:05 PM | Unit Status Action | Unit 130 10-8 | Kristen Watson | CAD13 |
| 8:51:47 PM | Unit Status Action | Unit 130Z 10-8 | Kristen Watson | CAD13 |
| 8:51:47 PM | Unit Status Action | Unit 148Z 10-8 | Kristen Watson | CAD13 |
| 8:48:48 PM | Unit Status Action | Unit 148Z 10-97 | Mitchell Ferguson | CADAPP |
| 8:48:16 PM | Unit Status Action | Unit 130Z DISP | James Gallivan | CADAPP |
| 8:43:02 PM | Unit Status Action | Unit 148Z DISP | Mitchell Ferguson | CADAPP |
| 8:36:51 PM | Unit Status Action | Unit 208P 10-8 | Tina Mendoza | CADAPP |
| 8:34:15 PM | Unit Status Action | Unit 44K 10-8 | Mike Murphy | CADAPP |
| 8:32:18 PM | Unit Status Action | Unit 22S 10-8 | Matt Conlon | CADAPP |
| 8:30:37 PM | Unit Status Action | Unit 219 10-8 | Robby Darrow | CADAPP |
| 8:29:22 PM | Unit Status Action | Unit 148Z 10-8 | Mitchell Ferguson | CADAPP |
| 8:27:28 PM | Unit Status Action | Unit 217 10-8 | Rob Lesagonicz | CADAPP |
| 8:26:42 PM | Narrative Added | 836 going into Wendys | Craig Groll | CAD12 |
| 8:23:50 PM | Unit Status Action | Unit 227 10-8 | Josh McDaniel | CADAPP |
| 8:22:52 PM | Narrative Added | 429 | Craig Groll | CAD12 |
| 8:22:13 PM | Narrative Added | 20l | Craig Groll | CAD12 |
| 8:22:08 PM | Narrative Added | 22s | Craig Groll | CAD12 |
| 8:22:00 PM | Narrative Added | 205 | Craig Groll | CAD12 |
| 8:21:56 PM | Narrative Added | 137 | Craig Groll | CAD12 |
| 8:21:52 PM | Narrative Added | 208 | Craig Groll | CAD12 |
| 8:21:49 PM | Narrative Added | 207 | Craig Groll | CAD12 |
| 8:21:46 PM | Narrative Added | 138 | Craig Groll | CAD12 |
| 8:21:43 PM | Narrative Added | 402e | Craig Groll | CAD12 |
| 8:21:40 PM | Narrative Added | 140 | Craig Groll | CAD12 |
| 8:21:37 PM | Narrative Added | 20s | Craig Groll | CAD12 |
| 8:21:27 PM | Narrative Added | 217 | Craig Groll | CAD12 |
| 8:21:23 PM | Narrative Added | 404e | Craig Groll | CAD12 |
| 8:21:19 PM | Narrative Added | 219 | Craig Groll | CAD12 |
| 8:21:17 PM | Narrative Added | 401e | Craig Groll | CAD12 |
| 8:21:12 PM | Narrative Added | 130 | Craig Groll | CAD12 |

| Time | Action | Narrative | User | System |
|---|---|---|---|---|
| 8:21:11 PM | Narrative Added | 426z | Craig Groll | CAD12 |
| 8:21:04 PM | Narrative Added | 302 | Craig Groll | CAD12 |
| 8:21:00 PM | Narrative Added | 210z | Craig Groll | CAD12 |
| 8:20:53 PM | Narrative Added | 304z | Craig Groll | CAD12 |
| 8:20:40 PM | Narrative Added | 146 | Craig Groll | CAD12 |
| 8:20:39 PM | Narrative Added | 148 | Craig Groll | CAD12 |
| 8:20:38 PM | Narrative Added | 44k | Craig Groll | CAD12 |
| 8:20:05 PM | Narrative Added | 20s - roll call | Craig Groll | CAD12 |
| 8:18:52 PM | Narrative Added | 20L - all units clear from Broadway -- meeting at ECPD | Craig Groll | CAD12 |
| 8:18:25 PM | Narrative Added | Alley is clear | Craig Groll | CAD12 |
| 8:16:41 PM | Narrative Added | sdso disp --- has units meeting up at 1012 e. bradley, the church | Marvi Walker | CAD14 |
| 8:12:59 PM | Narrative Added | 20L- El Cajon units open up the alley | Craig Groll | CAD12 |
| 8:10:27 PM | Narrative Added | 20L - moving out | Craig Groll | CAD12 |
| 7:56:15 PM | Unit Status Action | Unit 90L 10-8 | Craig Groll | CAD12 |
| 7:51:20 PM | Narrative Added | once clear | Craig Groll | CAD12 |
| 7:51:16 PM | Narrative Added | 20L - All units - 10-87 west of PD | Craig Groll | CAD12 |
| 7:46:35 PM | Narrative Added | 80L - All 800 units go clear | Craig Groll | CAD12 |
| 7:43:35 PM | Unit Status Action | Unit 146 10-97 | Craig Groll | CAD12 |
| 7:43:32 PM | Unit Status Action | Unit 140 10-97 | Craig Groll | CAD12 |
| 7:43:30 PM | Unit Status Action | Unit 138 10-97 | Craig Groll | CAD12 |
| 7:43:28 PM | Unit Status Action | Unit 130 10-97 | Craig Groll | CAD12 |
| 7:41:38 PM | Narrative Added | 20l | Craig Groll | CAD12 |
| 7:41:34 PM | Narrative Added | 401e | Craig Groll | CAD12 |
| 7:41:32 PM | Narrative Added | 302 | Craig Groll | CAD12 |
| 7:41:19 PM | Narrative Added | 404e | Craig Groll | CAD12 |
| 7:41:14 PM | Narrative Added | 22s | Craig Groll | CAD12 |
| 7:41:11 PM | Narrative Added | 20s | Craig Groll | CAD12 |
| 7:41:10 PM | Narrative Added | 205 | Craig Groll | CAD12 |
| 7:41:05 PM | Narrative Added | 217 | Craig Groll | CAD12 |
| 7:41:04 PM | Narrative Added | 207 | Craig Groll | CAD12 |
| 7:41:01 PM | Narrative Added | 208 | Craig Groll | CAD12 |
| 7:40:57 PM | Narrative Added | 219 | Craig Groll | CAD12 |
| 7:40:53 PM | Narrative Added | 138 | Craig Groll | CAD12 |
| 7:40:51 PM | Narrative Added | 402e | Craig Groll | CAD12 |
| 7:40:50 PM | Narrative Added | 210z | Craig Groll | CAD12 |
| 7:40:40 PM | Narrative Added | 44k | Craig Groll | CAD12 |
| 7:40:33 PM | Narrative Added | 148 | Craig Groll | CAD12 |
| 7:40:30 PM | Narrative Added | 130 | Craig Groll | CAD12 |
| 7:40:27 PM | Narrative Added | 146 | Craig Groll | CAD12 |
| 7:40:23 PM | Narrative Added | 137 | Craig Groll | CAD12 |
| 7:40:20 PM | Narrative Added | 426 | Craig Groll | CAD12 |
| 7:40:18 PM | Narrative Added | 140 | Craig Groll | CAD12 |
| 7:40:17 PM | Narrative Added | 427 | Craig Groll | CAD12 |
| 7:40:16 PM | Narrative Added | roll call per 20s | Craig Groll | CAD12 |
| 7:14:36 PM | Narrative Added | 210z - coin thrown at him in the crowd | Craig Groll | CAD12 |
| 7:13:15 PM | Unit Status Action | Unit 44K 10-97 | Joel Elder | CAD11 |
| 7:03:11 PM | Unit Status Action | Unit 148Z 10-97 | Mitchell Ferguson | CADAPP |
| 7:02:26 PM | Unit Status Action | Unit 148Z DISP | Mitchell Ferguson | CADAPP |
| 6:43:19 PM | Unit Status Action | Unit 146 ER | Craig Groll | CAD12 |
| 6:43:19 PM | Unit Status Action | Unit 130 ER | Craig Groll | CAD12 |
| 6:43:19 PM | Unit Status Action | Unit 140 ER | Craig Groll | CAD12 |

[reproduction watermark]

| Time | Action | Detail | Person | CAD |
|---|---|---|---|---|
| 6:43:19 PM | Unit Status Action | Unit 138 ER | Craig Groll | CAD12 |
| 6:42:42 PM | Unit Status Action | Unit 44K ER | Craig Groll | CAD12 |
| 6:42:25 PM | Narrative Added | 138/140/130/146 - e/r in 10-16 van | Craig Groll | CAD12 |
| 6:42:04 PM | Narrative Added | sdso is 10-4 to activate the 50% lemon grove lakeside and santee and patch set for le s tac 1 | Joel Elder | CAD11 |
| 6:40:28 PM | Narrative Added | 20L requests SDSO contigent from Santee, Lemon Grove, Spring Valley - non code - respond to 851 N Mollison | Craig Groll | CAD12 |
| 5:01:14 PM | Unit Status Action | Unit 401E AR 2nd | Pete Meredith | CAD11 |
| 5:01:09 PM | Unit Status Action | Unit 401E 10-97 | Pete Meredith | CAD11 |
| 5:01:06 PM | Unit Status Action | Unit 401E ER | Pete Meredith | CAD11 |
| 4:59:37 PM | Unit Status Action | Unit 404E AR 2nd | Pete Meredith | CAD11 |
| 4:59:31 PM | Unit Status Action | Unit 404E 10-97 | Pete Meredith | CAD11 |
| 4:59:26 PM | Unit Status Action | Unit 404E ER | Pete Meredith | CAD11 |
| 3:59:45 PM | Narrative Added | 16008453 | Dave Vojtaskovic | CAD12 |
| 3:56:44 PM | Narrative Added | Case # 16008453 - OR/OIS/777 Broadway Performed by Mobile Unit 227 | Josh McDaniel | CADAPP |
| 3:32:32 PM | Unit Status Action | Unit 304 AR 2nd | Jonathon Corrao | CADAPP |
| 3:28:05 PM | Narrative Added | subj's family is poss er to hosp in a 2dr newer blue acura | Amanda Stills | CAD13 |
| 3:23:18 PM | Unit Status Action | Unit 304 ER 2nd | Pete Meredith | CAD11 |
| 3:23:09 PM | Unit Status Action | Unit 304 ER | Pete Meredith | CAD11 |
| 3:10:49 PM | Narrative Added | sdpd sending a unit to sharp memorial as a precaution in case family shows up there | Amanda Stills | CAD13 |
| 3:08:55 PM | Unit Status Action | Unit 205 AR 2nd | Pete Meredith | CAD11 |
| 2:57:36 PM | Unit Status Action | Unit 302 10-97 | Dave Vojtaskovic | CAD12 |
| 2:57:26 PM | Unit Status Action | Unit 302 ER | Dave Vojtaskovic | CAD12 |
| 2:51:37 PM | Narrative Added | family members at 848 n mollison coming out to scene | Dave Vojtaskovic | CAD12 |
| 2:49:49 PM | Unit Status Action | Unit 228 AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:49:42 PM | Unit Status Action | Unit 228 ER 2nd | Dave Vojtaskovic | CAD12 |
| 2:46:40 PM | Unit Status Action | Unit 227 AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:45:15 PM | Unit Status Action | Unit 22S AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:44:52 PM | Unit Status Action | Unit 22S ER 2nd | Dave Vojtaskovic | CAD12 |
| 2:43:53 PM | Unit Status Action | Unit 934T 10-8 | Pete Meredith | CAD11 |
| 2:43:42 PM | Unit Status Action | Unit 836 10-97 | Dave Vojtaskovic | CAD12 |
| 2:43:34 PM | Unit Status Action | Unit 836 ER | Dave Vojtaskovic | CAD12 |
| 2:40:30 PM | Narrative Added | AMR 438 to Sharp Memorial | Amanda Stills | CAD13 |
| 2:35:15 PM | Unit Status Action | Unit 205 10-97 | Dave Vojtaskovic | CAD12 |
| 2:35:10 PM | Unit Status Action | Unit 205 rerouted from call 16 | Dave Vojtaskovic | CAD12 |
| 2:32:08 PM | Unit Status Action | Unit 227 ER 2nd | Amanda Stills | CAD13 |
| 2:31:59 PM | Unit Status Action | Unit 219 10-97 | Amanda Stills | CAD13 |
| 2:31:57 PM | Unit Status Action | Unit 219 ER | Amanda Stills | CAD13 |
| 2:31:53 PM | Unit Status Action | Unit 219 10-8 | Amanda Stills | CAD13 |
| 2:31:45 PM | Unit Status Action | Unit 219 ER 2nd | Amanda Stills | CAD13 |
| 2:30:10 PM | Narrative Added | 227 er 10-19 | Dave Vojtaskovic | CAD12 |
| 2:28:31 PM | Unit Status Action | Unit 217 10-97 | Pete Meredith | CAD11 |
| 2:27:26 PM | Unit Status Action | Unit 217 rerouted from call 12 | Pete Meredith | CAD11 |
| 2:27:16 PM | Unit Status Action | Unit 226 10-8 | Jose Sioson | CADAPP |
| 2:25:03 PM | Narrative Added | 301 w subj er to hosptal | Dave Vojtaskovic | CAD12 |
| 2:23:58 PM | Unit Status Action | Unit 301 AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:23:15 PM | Unit Status Action | Unit 301 ER | Dave Vojtaskovic | CAD12 |
| 2:22:32 PM | Unit Status Action | Unit 90L AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:22:17 PM | Unit Status Action | Unit 40S AR 2nd | Dave Vojtaskovic | CAD12 |

| Time | Action | Detail | Name | Unit |
|---|---|---|---|---|
| 2:22:02 PM | Unit Status Action | Unit 40S ER | Dave Vojtaskovic | CAD12 |
| 2:21:59 PM | Narrative Added | correction - 90l and 40s er 1019 with 228 | Pete Meredith | CAD11 |
| 2:21:56 PM | Unit Status Action | Unit 90L ER | Dave Vojtaskovic | CAD12 |
| 2:21:42 PM | Narrative Added | 90s 40s er 1019 with 228 | Pete Meredith | CAD11 |
| 2:20:58 PM | Unit Status Action | Unit 934T AR 2nd | Pete Meredith | CAD11 |
| 2:20:52 PM | Unit Status Action | Unit 934T 10-97 | Pete Meredith | CAD11 |
| 2:20:49 PM | Unit Status Action | Unit 934T ER | Pete Meredith | CAD11 |
| 2:18:29 PM | Unit Status Action | Unit 219 AR 2nd | Pete Meredith | CAD11 |
| 2:18:29 PM | Unit Status Action | Unit 207 AR 2nd | Pete Meredith | CAD11 |
| 2:18:19 PM | Unit Status Action | Unit 219 10-97 | Pete Meredith | CAD11 |
| 2:18:17 PM | Unit Status Action | Unit 207 10-97 | Pete Meredith | CAD11 |
| 2:18:14 PM | Unit Status Action | Unit 219 rerouted from call 17 | Pete Meredith | CAD11 |
| 2:18:11 PM | Unit Status Action | Unit 207 rerouted from call 17 | Pete Meredith | CAD11 |
| 2:15:18 PM | Unit Status Action | Unit 426Z AR 2nd | Pete Meredith | CAD11 |
| 2:15:13 PM | Unit Status Action | Unit 426Z 10-97 | Pete Meredith | CAD11 |
| 2:15:11 PM | Unit Status Action | Unit 426Z rerouted from call 17 | Pete Meredith | CAD11 |
| 2:14:59 PM | Narrative Added | 90l / all units c3 reduce | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Status Action | Unit 208P AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Status Action | Unit 210Z AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Status Action | Unit 226 AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Status Action | Unit 22S AR 2nd | Pete Meredith | CAD11 |
| 2:14:09 PM | Unit Status Action | Unit 22S 10-97 | Pete Meredith | CAD11 |
| 2:13:57 PM | Narrative Added | off alley best access | Dave Vojtaskovic | CAD12 |
| 2:13:40 PM | Unit Status Action | Unit 22S rerouted from call 998 | Pete Meredith | CAD11 |
| 2:13:37 PM | Unit Status Action | Unit 226 10-97 | Pete Meredith | CAD11 |
| 2:13:33 PM | Unit Status Action | Unit 226 rerouted from call 17 | Pete Meredith | CAD11 |
| 2:13:26 PM | Unit Status Action | Unit 208P 10-97 | Pete Meredith | CAD11 |
| 2:13:20 PM | Unit Status Action | Unit 208P rerouted from call 998 | Pete Meredith | CAD11 |
| 2:12:28 PM | Unit Status Action | Unit 210Z 10-97 | Pete Meredith | CAD11 |
| 2:12:20 PM | Unit Status Action | Unit 210Z rerouted from call 12 | Pete Meredith | CAD11 |
| 2:12:04 PM | Narrative Added | fd er and staging | Pete Meredith | CAD11 |
| 2:11:53 PM | Narrative Added | shots fired | Dave Vojtaskovic | CAD12 |
| 2:11:20 PM | Unit Status Action | Unit 228 AR 2nd | Pete Meredith | CAD11 |
| 2:11:20 PM | Unit Status Action | Unit 227 AR 2nd | Pete Meredith | CAD11 |
| 2:11:02 PM | Narrative Added | behind the taco shop non copmpliant | Dave Vojtaskovic | CAD12 |
| 2:10:42 PM | Narrative Added | et for 833 broadway | Pete Meredith | CAD11 |
| 2:10:41 PM | Narrative Added | 833 broadway on one with pocket refusing to remove hand | Dave Vojtaskovic | CAD12 |
| 2:10:30 PM | Narrative Added | 22s 10-4 | Pete Meredith | CAD11 |
| 2:10:27 PM | Narrative Added | 210z c3 wells park | Pete Meredith | CAD11 |
| 2:06:06 PM | Narrative Added | tried recalling to let her know officers are in the area and the number given does not work | Kenny Gray | CAD15 |
| 2:05:45 PM | Unit Status Action | Unit 228 10-97 | Dave Vojtaskovic | CAD12 |
| 2:05:15 PM | Unit Status Action | Unit 227 10-97 | Josh McDaniel | CADAPP |
| 2:03:08 PM | Unit Status Action | Unit 228 ER | Dave Vojtaskovic | CAD12 |
| 2:03:07 PM | Unit Status Action | Unit 227 ER | Dave Vojtaskovic | CAD12 |
| 2:03:07 PM | Call Ready for Dispatch | | Dave Vojtaskovic | CAD12 |
| 2:01:45 PM | Narrative Added | RP is 415 and says he needs to be placed on a 5150 | Kenny Gray | CAD15 |
| 2:01:36 PM | Narrative Added | He is at the corner of Broadway and Mollison | Kenny Gray | CAD15 |
| 2:01:13 PM | Narrative Added | RP calling in again and saying he is almost getting hit by cars | Kenny Gray | CAD15 |
| 1:56:12 PM | Narrative Added | 22s 10-4 call pending | Pete Meredith | CAD11 |

| Time | Action | Description | | Name | Machine |
|------|--------|-------------|---|------|---------|
| 1:48:20 PM | Narrative Added | 22s 104 nua | | Dave Vojtaskovic | CAD12 |
| 1:45:26 PM | Narrative Added | subj now at the arco gas on the NE corner broadway and mollison | | Pete Meredith | CAD11 |
| 1:44:47 PM | Narrative Added | subject walking nb to broadway | | Pete Meredith | CAD11 |
| 1:44:34 PM | Narrative Added | subj - BMA 30 / blk tank top / blu pants | | Pete Meredith | CAD11 |
| 1:44:12 PM | Call Updated | Police Priority changed from 3 To 2 | | Pete Meredith | CAD11 |
| 1:44:09 PM | Narrative Added | rp recalled - subject is now walking in traffic | | Pete Meredith | CAD11 |
| 12:59:28 PM | Person Updated | Name: olango, lucy , Contact Phone: (619) 792-9760; | | Amanda Stills | CAD13 |
| 12:59:25 PM | Call Updated | Phone Number Changed To (619)792-9760 Ext. | | Amanda Stills | CAD13 |
| 12:59:20 PM | Person Updated | Name: olango, lucy , Contact Phone: (619) 792-9760; | | Amanda Stills | CAD13 |
| 12:59:14 PM | Person Added | Name: olango, lucy , Contact Phone: ; | | Amanda Stills | CAD13 |
| 12:59:04 PM | Call Type | Police Call Type Changed From < New Call > To CallType: 5150, Status: Active, Priority: 3 | | Amanda Stills | CAD13 |
| 12:59:01 PM | Narrative Added | per rp he needs mental evaluation// he is not actnig himself | | Amanda Stills | CAD13 |
| 12:58:29 PM | Narrative Added | no weapons | | Amanda Stills | CAD13 |
| 12:58:16 PM | Narrative Added | hard to understand rp// lang barrier | | Amanda Stills | CAD13 |
| 12:58:04 PM | Narrative Added | brother is 30yo alfred olango | | Amanda Stills | CAD13 |
| 12:57:39 PM | Narrative Added | rp's brother is mentally unstable | | Amanda Stills | CAD13 |
| 12:57:34 PM | Location | Call Location Changed from 871 N MOLLISON AV, El Cajon to 871 N MOLLISON AV, El Cajon, 16 | | Amanda Stills | CAD13 |
| 12:57:32 PM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address 871 N MOLLISON AV | | System User | CADAPP |
| 12:57:27 PM | Narrative Added | sdso transfer | | Amanda Stills | CAD13 |
| 12:57:27 PM | Location | Call Location Changed from <UNKNOWN> to 871 N MOLLISON AV, El Cajon | | Amanda Stills | CAD13 |
| 12:57:27 PM | Address Verified | Call Location Changed from Unverified To Verified | | Amanda Stills | CAD13 |
| 12:57:24 PM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address 871 N MOLLISON AV | | System User | CADAPP |
| 12:57:19 PM | Incident Created | Added Incident Number, ORI: CA0370500, Number: 2016-00042364 | | Dave Vojtaskovic | |
| 12:57:19 PM | Call Created | New call created. Call Type: < New Call >, Location: <UNKNOWN> | | Amanda Stills | CAD13 |

## Unit Log

**\*\*\* 9/27/2016 \*\*\***

| Time | Action | Description | Unit | Status | Name | Machine |
|------|--------|-------------|------|--------|------|---------|
| 8:56:44 PM | Unit Status Change | 10-8 | 205 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 205 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Change | 10-8 | 207 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 207 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Change | 10-8 | 210Z | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 210Z | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Change | 10-8 | 836 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 836 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Change | 10-8 | 40S | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 40S | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Change | 10-8 | 401E | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 401E | 10-8 | Craig Groll | CAD12 |

| Time | Event | Description | Unit | Status | Officer | Source |
|---|---|---|---|---|---|---|
| 8:56:44 PM | Unit Status Change | 10-8 | 404E | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 404E | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Change | 10-8 | 228 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 228 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Change | 10-8 | 140 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 140 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Change | 10-8 | 301 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 301 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Change | 10-8 | 302 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 302 | 10-8 | Craig Groll | CAD12 |
| 8:56:08 PM | Unit Status Change | 10-8 | 304 | 10-8 | Kristen Watson | CAD13 |
| 8:56:08 PM | Unit Cleared | Unit Cleared From Call | 304 | 10-8 | Kristen Watson | CAD13 |
| 8:54:52 PM | Unit Status Change | 10-8 | 426Z | 10-8 | Kristen Watson | CAD13 |
| 8:54:52 PM | Unit Cleared | Unit Cleared From Call | 426Z | 10-8 | Kristen Watson | CAD13 |
| 8:54:22 PM | Unit Status Change | 10-8 | 146 | 10-8 | Kristen Watson | CAD13 |
| 8:54:22 PM | Unit Cleared | Unit Cleared From Call | 146 | 10-8 | Kristen Watson | CAD13 |
| 8:52:09 PM | Unit Status Change | 10-8 | 138 | 10-8 | Kristen Watson | CAD13 |
| 8:52:09 PM | Unit Cleared | Unit Cleared From Call | 138 | 10-8 | Kristen Watson | CAD13 |
| 8:52:05 PM | Unit Status Change | 10-8 | 130 | 10-8 | Kristen Watson | CAD13 |
| 8:52:05 PM | Unit Cleared | Unit Cleared From Call | 130 | 10-8 | Kristen Watson | CAD13 |
| 8:51:47 PM | Unit Status Change | 10-8 | 130Z | 10-8 | Kristen Watson | CAD13 |
| 8:51:47 PM | Unit Cleared | Unit Cleared From Call | 130Z | 10-8 | Kristen Watson | CAD13 |
| 8:51:47 PM | Unit Status Change | 10-8 | 148Z | 10-8 | Kristen Watson | CAD13 |
| 8:51:47 PM | Unit Cleared | Unit Cleared From Call | 148Z | 10-8 | Kristen Watson | CAD13 |
| 8:48:48 PM | Unit Status Change | 10-97 | 148Z | 10-97 | Mitchell Ferguson | CADAPP |
| 8:48:16 PM | Unit Location | Unit Location Cleared Performed by Mobile Unit 130Z | 130Z | DISP | James Gallivan | CADAPP |
| 8:48:16 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 Performed by Mobile Unit 130Z | 130Z | DISP | James Gallivan | CADAPP |
| 8:43:02 PM | Unit Location | Unit Location Cleared Performed by Mobile Unit 148Z | 148Z | DISP | Mitchell Ferguson | CADAPP |
| 8:43:02 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 Performed by Mobile Unit 148Z | 148Z | DISP | Mitchell Ferguson | CADAPP |
| 8:36:51 PM | Unit Status Change | 10-8 | 208P | 10-8 | Tina Mendoza | CADAPP |
| 8:36:51 PM | Unit Cleared | Unit Cleared From Call | 208P | 10-8 | Tina Mendoza | CADAPP |
| 8:36:51 PM | Disposition Added | Added: CRIMINAL,OH Performed by Mobile Unit 208P | 208P | AR 2nd | Tina Mendoza | CADAPP |
| 8:34:15 PM | Unit Status Change | 10-8 | 44K | 10-8 | Mike Murphy | CADAPP |
| 8:34:15 PM | Unit Cleared | Unit Cleared From Call | 44K | 10-8 | Mike Murphy | CADAPP |
| 8:34:15 PM | Disposition Added | Added: CRIMINAL Performed by Mobile Unit 44K | 44K | 10-97 | Mike Murphy | CADAPP |
| 8:32:18 PM | Unit Status Change | 10-8 | 22S | 10-8 | Matt Conlon | CADAPP |
| 8:32:18 PM | Unit Cleared | Unit Cleared From Call | 22S | 10-8 | Matt Conlon | CADAPP |
| 8:30:37 PM | Unit Status Change | 10-8 | 219 | 10-8 | Robby Darrow | CADAPP |
| 8:30:37 PM | Unit Cleared | Unit Cleared From Call | 219 | 10-8 | Robby Darrow | CADAPP |
| 8:30:37 PM | Disposition Added | Added: CRIMINAL,OH | 219 | 10-97 | Robby Darrow | CADAPP |

| Time | Action | Details | Unit | Status | Officer | System |
|---|---|---|---|---|---|---|
| | | Performed by Mobile Unit 219 | | | | |
| 8:29:22 PM | Unit Status Change | 10-8 | 148Z | 10-8 | Mitchell Ferguson | CADAPP |
| 8:29:22 PM | Unit Cleared | Unit Cleared From Call | 148Z | 10-8 | Mitchell Ferguson | CADAPP |
| 8:29:22 PM | Disposition Added | Added: OH Performed by Mobile Unit 148Z | 148Z | 10-97 | Mitchell Ferguson | CADAPP |
| 8:27:28 PM | Unit Status Change | 10-8 | 217 | 10-8 | Rob Lesagonicz | CADAPP |
| 8:27:28 PM | Unit Cleared | Unit Cleared From Call | 217 | 10-8 | Rob Lesagonicz | CADAPP |
| 8:27:28 PM | Disposition Added | Added: CRIMINAL,OH Performed by Mobile Unit 217 | 217 | 10-97 | Rob Lesagonicz | CADAPP |
| 8:23:50 PM | Unit Status Change | 10-8 | 227 | 10-8 | Josh McDaniel | CADAPP |
| 8:23:50 PM | Unit Cleared | Unit Cleared From Call | 227 | 10-8 | Josh McDaniel | CADAPP |
| 8:23:50 PM | Disposition Added | Added: CRIMINAL Performed by Mobile Unit 227 | 227 | AR 2nd | Josh McDaniel | CADAPP |
| 7:56:15 PM | Unit Status Change | 10-8 | 90L | 10-8 | Craig Groll | CAD12 |
| 7:56:15 PM | Unit Cleared | Unit Cleared From Call | 90L | 10-8 | Craig Groll | CAD12 |
| 7:43:35 PM | Unit Status Change | 10-97 | 146 | 10-97 | Craig Groll | CAD12 |
| 7:43:32 PM | Unit Status Change | 10-97 | 140 | 10-97 | Craig Groll | CAD12 |
| 7:43:30 PM | Unit Status Change | 10-97 | 138 | 10-97 | Craig Groll | CAD12 |
| 7:43:28 PM | Unit Status Change | 10-97 | 130 | 10-97 | Craig Groll | CAD12 |
| 7:13:15 PM | Unit Status Change | 10-97 | 44K | 10-97 | Joel Elder | CAD11 |
| 7:03:11 PM | Unit Status Change | 10-97 | 148Z | 10-97 | Mitchell Ferguson | CADAPP |
| 7:02:26 PM | Unit Location | Unit Location Cleared Performed by Mobile Unit 148Z | 148Z | DISP | Mitchell Ferguson | CADAPP |
| 7:02:26 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 Performed by Mobile Unit 148Z | 148Z | DISP | Mitchell Ferguson | CADAPP |
| 6:43:19 PM | Unit Location | Unit Location Cleared | 146 | ER | Craig Groll | CAD12 |
| 6:43:19 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 146 | ER | Craig Groll | CAD12 |
| 6:43:19 PM | Unit Location | Unit Location Cleared | 130 | ER | Craig Groll | CAD12 |
| 6:43:19 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 130 | ER | Craig Groll | CAD12 |
| 6:43:19 PM | Unit Location | Unit Location Cleared | 140 | ER | Craig Groll | CAD12 |
| 6:43:19 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 140 | ER | Craig Groll | CAD12 |
| 6:43:19 PM | Unit Location | Unit Location Cleared | 138 | ER | Craig Groll | CAD12 |
| 6:43:19 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 138 | ER | Craig Groll | CAD12 |
| 6:42:42 PM | Unit Location | Unit Location Cleared | 44K | ER | Craig Groll | CAD12 |
| 6:42:42 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 44K | ER | Craig Groll | CAD12 |
| 5:01:14 PM | Unit Location | 833 broadway | 401E | AR 2nd | Pete Meredith | CAD11 |
| 5:01:14 PM | Unit Status Change | AR 2nd | 401E | AR 2nd | Pete Meredith | CAD11 |
| 5:01:09 PM | Unit Status Change | 10-97 | 401E | 10-97 | Pete Meredith | CAD11 |
| 5:01:06 PM | Unit Location | Unit Location Cleared | 401E | ER | Pete Meredith | CAD11 |
| 5:01:06 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El | 401E | ER | Pete Meredith | CAD11 |

(reproduction watermark stamp)

| Time | Event | Description | Unit | Status | Operator | CAD |
|---|---|---|---|---|---|---|
| | | Cajon, Call Type: 5150 | | | | |
| 4:59:37 PM | Unit Location | 833 broadway | 404E | AR 2nd | Pete Meredith | CAD11 |
| 4:59:37 PM | Unit Status Change | AR 2nd | 404E | AR 2nd | Pete Meredith | CAD11 |
| 4:59:31 PM | Unit Status Change | 10-97 | 404E | 10-97 | Pete Meredith | CAD11 |
| 4:59:26 PM | Unit Location | Unit Location Cleared | 404E | ER | Pete Meredith | CAD11 |
| 4:59:26 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 404E | ER | Pete Meredith | CAD11 |
| 3:32:32 PM | Unit Location | SHARP HOSP | 304 | AR 2nd | Jonathon Corrao | CADAPP |
| 3:32:32 PM | Unit Status Change | AR 2nd | 304 | AR 2nd | Jonathon Corrao | CADAPP |
| 3:23:18 PM | Unit Location | sharp memorial | 304 | ER 2nd | Pete Meredith | CAD11 |
| 3:23:18 PM | Unit Status Change | ER 2nd | 304 | ER 2nd | Pete Meredith | CAD11 |
| 3:23:09 PM | Unit Location | Unit Location Cleared | 304 | ER | Pete Meredith | CAD11 |
| 3:23:09 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 304 | ER | Pete Meredith | CAD11 |
| 3:08:55 PM | Unit Location | 833 broadway | 205 | AR 2nd | Pete Meredith | CAD11 |
| 3:08:55 PM | Unit Status Change | AR 2nd | 205 | AR 2nd | Pete Meredith | CAD11 |
| 3:08:33 PM | Unit Location | sharp memorial | 301 | AR 2nd | Pete Meredith | CAD11 |
| 2:57:36 PM | Unit Status Change | 10-97 | 302 | 10-97 | Dave Vojtaskovic | CAD12 |
| 2:57:26 PM | Unit Location | Unit Location Cleared | 302 | ER | Dave Vojtaskovic | CAD12 |
| 2:57:26 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 302 | ER | Dave Vojtaskovic | CAD12 |
| 2:49:49 PM | Unit Status Change | AR 2nd | 228 | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:49:42 PM | Unit Location | 10-19 | 228 | ER 2nd | Dave Vojtaskovic | CAD12 |
| 2:49:42 PM | Unit Status Change | ER 2nd | 228 | ER 2nd | Dave Vojtaskovic | CAD12 |
| 2:49:24 PM | Unit Location | Secondary Location Cleared | 228 | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:46:40 PM | Unit Status Change | AR 2nd | 227 | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:45:15 PM | Unit Status Change | AR 2nd | 22S | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:44:52 PM | Unit Location | 10-19 | 22S | ER 2nd | Dave Vojtaskovic | CAD12 |
| 2:44:52 PM | Unit Status Change | ER 2nd | 22S | ER 2nd | Dave Vojtaskovic | CAD12 |
| 2:44:34 PM | Unit Location | Secondary Location Cleared | 22S | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:43:53 PM | Unit Status Change | 10-8 | 934T | 10-8 | Pete Meredith | CAD11 |
| 2:43:53 PM | Unit Cleared | Unit Cleared From Call | 934T | 10-8 | Pete Meredith | CAD11 |
| 2:43:42 PM | Unit Status Change | 10-97 | 836 | 10-97 | Dave Vojtaskovic | CAD12 |
| 2:43:34 PM | Unit Location | Unit Location Cleared | 836 | ER | Dave Vojtaskovic | CAD12 |
| 2:43:34 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 836 | ER | Dave Vojtaskovic | CAD12 |
| 2:35:15 PM | Unit Status Change | 10-97 | 205 | 10-97 | Dave Vojtaskovic | CAD12 |
| 2:35:10 PM | Reroute | From call 16 to call 993 | 205 | DISP | Dave Vojtaskovic | CAD12 |
| 2:35:10 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 205 | DISP | Dave Vojtaskovic | CAD12 |
| 2:32:08 PM | Unit Location | 10-19 | 227 | ER 2nd | Amanda Stills | CAD13 |
| 2:32:08 PM | Unit Status Change | ER 2nd | 227 | ER 2nd | Amanda Stills | CAD13 |
| 2:31:59 PM | Unit Status Change | 10-97 | 219 | 10-97 | Amanda Stills | CAD13 |
| 2:31:57 PM | Unit Location | Unit Location Cleared | 219 | ER | Amanda Stills | CAD13 |
| 2:31:57 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 219 | ER | Amanda Stills | CAD13 |
| 2:31:53 PM | Unit Status Change | 10-8 | 219 | 10-8 | Amanda Stills | CAD13 |

| Time | Event | Description | Unit | Status | Officer | Terminal |
|---|---|---|---|---|---|---|
| 2:31:53 PM | Unit Cleared | Unit Cleared From Call | 219 | 10-8 | Amanda Stills | CAD13 |
| 2:31:45 PM | Unit Location | 10-19 | 219 | ER 2nd | Amanda Stills | CAD13 |
| 2:31:45 PM | Unit Status Change | ER 2nd | 219 | ER 2nd | Amanda Stills | CAD13 |
| 2:30:39 PM | Unit Location | Secondary Location Cleared | 227 | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:28:31 PM | Unit Status Change | 10-97 | 217 | 10-97 | Pete Meredith | CAD11 |
| 2:27:26 PM | Reroute | From call 12 to call 993 | 217 | DISP | Pete Meredith | CAD11 |
| 2:27:26 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 217 | DISP | Pete Meredith | CAD11 |
| 2:27:16 PM | Unit Status Change | 10-8 | 226 | 10-8 | Jose Sioson | CADAPP |
| 2:27:16 PM | Unit Cleared | Unit Cleared From Call | 226 | 10-8 | Jose Sioson | CADAPP |
| 2:27:16 PM | Disposition Added | Added: CRIMINAL,OH Performed by Mobile Unit 226 | 226 | AR 2nd | Jose Sioson | CADAPP |
| 2:23:58 PM | Unit Location | er hopsital sharp | 301 | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:23:58 PM | Unit Status Change | AR 2nd | 301 | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:23:37 PM | Unit Location | 1019 | 40S | AR 2nd | Pete Meredith | CAD11 |
| 2:23:15 PM | Unit Location | Unit Location Cleared | 301 | ER | Dave Vojtaskovic | CAD12 |
| 2:23:15 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 301 | ER | Dave Vojtaskovic | CAD12 |
| 2:22:32 PM | Unit Location | 10-19 | 90L | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:22:32 PM | Unit Status Change | AR 2nd | 90L | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:22:17 PM | Unit Location | er 1019 | 40S | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:22:17 PM | Unit Status Change | AR 2nd | 40S | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:22:02 PM | Unit Location | Unit Location Cleared | 40S | ER | Dave Vojtaskovic | CAD12 |
| 2:22:02 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 40S | ER | Dave Vojtaskovic | CAD12 |
| 2:21:56 PM | Unit Location | Unit Location Cleared | 90L | ER | Dave Vojtaskovic | CAD12 |
| 2:21:56 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 90L | ER | Dave Vojtaskovic | CAD12 |
| 2:20:58 PM | Unit Location | 833 broadway | 934T | AR 2nd | Pete Meredith | CAD11 |
| 2:20:58 PM | Unit Status Change | AR 2nd | 934T | AR 2nd | Pete Meredith | CAD11 |
| 2:20:52 PM | Unit Status Change | 10-97 | 934T | 10-97 | Pete Meredith | CAD11 |
| 2:20:49 PM | Unit Location | Unit Location Cleared | 934T | ER | Pete Meredith | CAD11 |
| 2:20:49 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 934T | ER | Pete Meredith | CAD11 |
| 2:18:29 PM | Unit Location | 833 broadway | 219 | AR 2nd | Pete Meredith | CAD11 |
| 2:18:29 PM | Unit Status Change | AR 2nd | 219 | AR 2nd | Pete Meredith | CAD11 |
| 2:18:29 PM | Unit Location | 833 broadway | 207 | AR 2nd | Pete Meredith | CAD11 |
| 2:18:29 PM | Unit Status Change | AR 2nd | 207 | AR 2nd | Pete Meredith | CAD11 |
| 2:18:19 PM | Unit Status Change | 10-97 | 219 | 10-97 | Pete Meredith | CAD11 |
| 2:18:17 PM | Unit Status Change | 10-97 | 207 | 10-97 | Pete Meredith | CAD11 |
| 2:18:14 PM | Reroute | From call 17 to call 993 | 219 | DISP | Pete Meredith | CAD11 |
| 2:18:14 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 219 | DISP | Pete Meredith | CAD11 |
| 2:18:11 PM | Reroute | From call 17 to call 993 | 207 | DISP | Pete Meredith | CAD11 |
| 2:18:11 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: | 207 | DISP | Pete Meredith | CAD11 |

| Time | Action | Description | Unit | Status | User | System |
|---|---|---|---|---|---|---|
| | | 5150 | | | | |
| 2:15:18 PM | Unit Location | 833 broadway | 426Z | AR 2nd | Pete Meredith | CAD11 |
| 2:15:18 PM | Unit Status Change | AR 2nd | 426Z | AR 2nd | Pete Meredith | CAD11 |
| 2:15:13 PM | Unit Status Change | 10-97 | 426Z | 10-97 | Pete Meredith | CAD11 |
| 2:15:11 PM | Reroute | From call 17 to call 993 | 426Z | DISP | Pete Meredith | CAD11 |
| 2:15:11 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 426Z | DISP | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Location | 833 broadway | 208P | AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Status Change | AR 2nd | 208P | AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Location | 833 broadway | 210Z | AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Status Change | AR 2nd | 210Z | AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Location | 833 broadway | 226 | AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Status Change | AR 2nd | 226 | AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Location | 833 broadway | 22S | AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Status Change | AR 2nd | 22S | AR 2nd | Pete Meredith | CAD11 |
| 2:14:09 PM | Unit Status Change | 10-97 | 22S | 10-97 | Pete Meredith | CAD11 |
| 2:13:40 PM | Reroute | From call 998 to call 993 | 22S | DISP | Pete Meredith | CAD11 |
| 2:13:40 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 22S | DISP | Pete Meredith | CAD11 |
| 2:13:37 PM | Unit Status Change | 10-97 | 226 | 10-97 | Pete Meredith | CAD11 |
| 2:13:33 PM | Reroute | From call 17 to call 993 | 226 | DISP | Pete Meredith | CAD11 |
| 2:13:33 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 226 | DISP | Pete Meredith | CAD11 |
| 2:13:26 PM | Unit Status Change | 10-97 | 208P | 10-97 | Pete Meredith | CAD11 |
| 2:13:20 PM | Reroute | From call 998 to call 993 | 208P | DISP | Pete Meredith | CAD11 |
| 2:13:20 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 208P | DISP | Pete Meredith | CAD11 |
| 2:12:28 PM | Unit Status Change | 10-97 | 210Z | 10-97 | Pete Meredith | CAD11 |
| 2:12:20 PM | Reroute | From call 12 to call 993 | 210Z | DISP | Pete Meredith | CAD11 |
| 2:12:20 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 210Z | DISP | Pete Meredith | CAD11 |
| 2:11:20 PM | Unit Location | 833 broadway | 228 | AR 2nd | Pete Meredith | CAD11 |
| 2:11:20 PM | Unit Status Change | AR 2nd | 228 | AR 2nd | Pete Meredith | CAD11 |
| 2:11:20 PM | Unit Location | 833 broadway | 227 | AR 2nd | Pete Meredith | CAD11 |
| 2:11:20 PM | Unit Status Change | AR 2nd | 227 | AR 2nd | Pete Meredith | CAD11 |
| 2:05:45 PM | Unit Status Change | 10-97 | 228 | 10-97 | Dave Vojtaskovic | CAD12 |
| 2:05:15 PM | Unit Status Change | 10-97 | 227 | 10-97 | Josh McDaniel | CADAPP |
| 2:03:08 PM | Unit Location | Unit Location Cleared | 228 | ER | Dave Vojtaskovic | CAD12 |
| 2:03:08 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 228 | ER | Dave Vojtaskovic | CAD12 |
| 2:03:07 PM | Unit Location | Unit Location Cleared | 227 | ER | Dave Vojtaskovic | CAD12 |
| 2:03:07 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 227 | ER | Dave Vojtaskovic | CAD12 |

## Incidents

**Incident Number**
2016-00042364

**ORI**
CA0370500: El Cajon Police Department

**Type**
Suspicious Event

CONFIDENTIAL
This record is the property of the
El Cajon Police Department
to California Penal Code 11140-11144
subsequent distribution of
contained is restricted by P.C.
11140-11144 (P.C. Rele
records is restricted by 1146
El Cajon Police Department

# EXHIBIT C



DVD will be provided via Attorney Service in Courtesy copy to Chambers and via Federal Express to counsel

# EXHIBIT D

**Object held by suspect**







Object held by suspect