Daley & Heft, LLP
Attorneys at Law
Mitchell D. Dean, Esq. (SBN 128926)
Lee H. Roistacher, Esq. (SBN 179619)
Heather E. Paradis, Esq. (SBN 276650)
Garrett A. Smee, Esq. (SBN 228055)
462 Stevens Avenue, Suite 201
Solana Beach, CA 92075
Telephone: (858) 755-5666
Facsimile: (858) 755-7870
E-mail: mdean@daleyheft.com
lroistacher@daleyheft.com
hparadis@daleyheft.com
gsmee@daleyheft.com

Attorneys for Defendants
City of El Cajon and Richard Gonsalves

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD OLANGO ABUKA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EL CAJON, RICHARD GONSALVES and DOES 1-10, Inclusive,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.: 3:17-cv-00089-BAS-NLS<br>(consolidated with Case No: 3:17-cv-00347-BAS-NLS)<br><br>**DECLARATION OF NORMA CABANA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 5, 2018<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT**<br><br>Courtroom: 4B<br>Judge: Hon. Cynthia Bashant |

I, Norma Cabana, hereby declare:

1. I am employed by the City of El Cajon as a Records Manager for the El Cajon Police Department. I have personal knowledge of the following facts, and if called to testify with respect thereto, would do so competently. In my role as a records manager, I am frequently tasked with authenticating official records of the City of El Cajon and the El Cajon Police Department. I have responded to numerous subpoenas and requests under the Public Records Act. It is part of my

1

1. job duty to establish what is and what is not an official record of the El Cajon Police Department.

2. Attached as Exhibit "B" is a true and correct copy of an official record of the El Cajon Police Department. This record is a "Call For Service Detail Report" of call for service number 993 on September 27, 2016. This is essentially a log from dispatch for the events in question.

3. I am familiar with the manner in which this record is created and stored at the El Cajon Police Department. This record is created and stored in the ordinary course of business. This record is created contemporaneously with the calls to and from our dispatch center. The dispatch operators type up these reports as they speak on the telephone. The dispatch operators and personnel are responsible for creating these records as they make and receive 911 calls. These records are known by me to be accurate and trustworthy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 10, 2018, at El Cajon, California.

*Norma Cabana*
Norma Cabana, Declarant

# EXHIBIT B

# Call For Service Detail Report - CFS 993

| Address | 871 N MOLLISON AVE 16, El Cajon | | | | |
|---|---|---|---|---|---|
| Common Name | | | | | |
| Custom Layer | | Census Tract | | | |
| Beat | Sector 7 | Quadrant | | District | |
| Caller Name | olango, lucy | Caller Phone | (619) 792-9760 | Call Taker | astills |
| Create Date | 9/27/2016 12:57:19 PM | Clear Date | 9/27/2016 8:56:44 PM | Nature Of Call | |

**Agencies**

| Call Type | Status | Priority | Dispatcher | Created Date |
|---|---|---|---|---|
| 5150 | Active | 2 | astills | 9/27/2016 12:57:19 PM |

**Call Narrative**

*** 9/27/2016 ***

| Time | Description | User | Machine |
|---|---|---|---|
| 8:26:42 PM | 836 going into Wendys | Groll,Craig | |
| 8:22:52 PM | 429 | Groll,Craig | |
| 8:22:13 PM | 20l | Groll,Craig | |
| 8:22:08 PM | 22s | Groll,Craig | |
| 8:22:00 PM | 205 | Groll,Craig | |
| 8:21:56 PM | 137 | Groll,Craig | |
| 8:21:52 PM | 208 | Groll,Craig | |
| 8:21:49 PM | 207 | Groll,Craig | |
| 8:21:46 PM | 138 | Groll,Craig | |
| 8:21:43 PM | 402e | Groll,Craig | |
| 8:21:40 PM | 140 | Groll,Craig | |
| 8:21:37 PM | 20s | Groll,Craig | |
| 8:21:27 PM | 217 | Groll,Craig | |
| 8:21:23 PM | 404e | Groll,Craig | |
| 8:21:19 PM | 219 | Groll,Craig | |
| 8:21:17 PM | 401e | Groll,Craig | |
| 8:21:12 PM | 130 | Groll,Craig | |
| 8:21:11 PM | 426z | Groll,Craig | |
| 8:21:04 PM | 302 | Groll,Craig | |
| 8:21:00 PM | 210z | Groll,Craig | |
| 8:20:53 PM | 304z | Groll,Craig | |
| 8:20:40 PM | 146 | Groll,Craig | |
| 8:20:39 PM | 148 | Groll,Craig | |
| 8:20:38 PM | 44k | Groll,Craig | |
| 8:20:05 PM | 20s - roll call | Groll,Craig | |
| 8:18:52 PM | 20L - all units clear from Broadway -- meeting at ECPD | Groll,Craig | |
| 8:18:25 PM | Alley is clear | Groll,Craig | |
| 8:16:41 PM | sdso disp --- has units meeting up at 1012 e. bradley, the church | Groll,Craig | |
| 8:12:59 PM | 20L- El Cajon units open up the alley | Groll,Craig | |
| 8:10:27 PM | 20L - moving out | Groll,Craig | |

I hereby certify that I have compared this copy with the original thereof now on file in my office; that the same is a true and correct transcript therefrom and of the whole thereof.
WITNESS my hand this ___6___ day of __FEB__ in the year 2002 at El Cajon, California.
Signature: Walker, Marvi _____ 5339D
Title: _____ DISP SUPV
Agency: El Cajon Police Department

| Time | Entry | Officer |
|---|---|---|
| 7:51:20 PM | once clear | Groll,Craig |
| 7:51:16 PM | 20L - All units - 10-87 west of PD | Groll,Craig |
| 7:46:35 PM | 80L - All 800 units go clear | Groll,Craig |
| 7:41:38 PM | 20l | Groll,Craig |
| 7:41:34 PM | 401e | Groll,Craig |
| 7:41:32 PM | 302 | Groll,Craig |
| 7:41:19 PM | 404e | Groll,Craig |
| 7:41:14 PM | 22s | Groll,Craig |
| 7:41:11 PM | 20s | Groll,Craig |
| 7:41:10 PM | 205 | Groll,Craig |
| 7:41:05 PM | 217 | Groll,Craig |
| 7:41:04 PM | 207 | Groll,Craig |
| 7:41:01 PM | 208 | Groll,Craig |
| 7:40:57 PM | 219 | Groll,Craig |
| 7:40:53 PM | 138 | Groll,Craig |
| 7:40:51 PM | 402e | Groll,Craig |
| 7:40:50 PM | 210z | Groll,Craig |
| 7:40:40 PM | 44k | Groll,Craig |
| 7:40:33 PM | 148 | Groll,Craig |
| 7:40:30 PM | 130 | Groll,Craig |
| 7:40:27 PM | 146 | Groll,Craig |
| 7:40:23 PM | 137 | Groll,Craig |
| 7:40:20 PM | 426 | Groll,Craig |
| 7:40:18 PM | 140 | Groll,Craig |
| 7:40:17 PM | 427 | Groll,Craig |
| 7:40:16 PM | roll call per 20s | Groll,Craig |
| 7:14:36 PM | 210z - coin thrown at him in the crowd | Groll,Craig |
| 6:42:25 PM | 138/140/130/146 - e/r in 10-16 van | Groll,Craig |
| 6:42:04 PM | sdso is 10-4 to activate the 50% lemon grove lakeside and santee and patch set for le s tac 1 | Elder,Joel |
| 6:40:28 PM | 20L requests SDSO contigent from Santee, Lemon Grove, Spring Valley - non code - respond to 851 N Mollison | Groll,Craig |
| 3:59:45 PM | 16008453 | Vojtaskovic,Dave |
| 3:56:44 PM | Case # 16008453 - OR/OIS/777 Broadway | McDaniel,Josh |
| 3:28:05 PM | subj's family is poss er to hosp in a 2dr newer blue acura | Stills,Amanda |
| 3:10:49 PM | sdpd sending a unit to sharp memorial as a precaution in case family shows up there | Stills,Amanda |
| 2:51:37 PM | family members at 848 n mollison coming out to scene | Vojtaskovic,Dave |
| 2:40:30 PM | AMR 438 to Sharp Memorial | Stills,Amanda |
| 2:30:10 PM | 227 er 10-19 | Vojtaskovic,Dave |
| 2:25:03 PM | 301 w subj er to hosptal | Vojtaskovic,Dave |
| 2:21:59 PM | correction - 90l and 40s er 1019 with 228 | Meredith,Pete |
| 2:21:42 PM | 90s 40s er 1019 with 228 | Meredith,Pete |
| 2:14:59 PM | 90l / all units c3 reduce | Meredith,Pete |
| 2:13:57 PM | off alley best access | Vojtaskovic,Dave |
| 2:12:04 PM | fd er and staging | Meredith,Pete |
| 2:11:53 PM | shots fired | Vojtaskovic,Dave |
| 2:11:02 PM | behind the taco shop non copmpliant | Vojtaskovic,Dave |
| 2:10:42 PM | et for 833 broadway | Meredith,Pete |
| 2:10:41 PM | 833 broadway on one with pocket refusing to remove hand | Vojtaskovic,Dave |
| 2:10:30 PM | 22s 10-4 | Meredith,Pete |
| 2:10:27 PM | 210z c3 wells park | Meredith,Pete |
| 2:06:06 PM | tried recalling to let her know officers are in the area and the number given | Gray,Kenny |

| Time | Description | User |
|---|---|---|
| | does not work | |
| 2:01:45 PM | RP is 415 and says he needs to be placed on a 5150 | Gray,Kenny |
| 2:01:36 PM | He is at the corner of Broadway and Mollison | Gray,Kenny |
| 2:01:13 PM | RP calling in again and saying he is almost getting hit by cars | Gray,Kenny |
| 1:56:12 PM | 22s 10-4 call pending | Meredith,Pete |
| 1:48:20 PM | 22s 104 nua | Vojtaskovic,Dave |
| 1:45:26 PM | subj now at the arco gas on the NE corner broadway and mollison | Meredith,Pete |
| 1:44:47 PM | subject walking nb to broadway | Meredith,Pete |
| 1:44:34 PM | subj - BMA 30 / blk tank top / blu pants | Meredith,Pete |
| 1:44:09 PM | rp recalled - subject is now walking in traffic | Meredith,Pete |
| 12:59:01 PM | per rp he needs mental evaluation// he is not actnig himself | Stills,Amanda |
| 12:58:29 PM | no weapons | Stills,Amanda |
| 12:58:16 PM | hard to understand rp// lang barrier | Stills,Amanda |
| 12:58:04 PM | brother is 30yo alfred olango | Stills,Amanda |
| 12:57:39 PM | rp's brother is mentally unstable | Stills,Amanda |
| 12:57:27 PM | sdso transfer | Stills,Amanda |

### EMD Narrative

| Time | Description | User |
|---|---|---|

### Call Persons

| Name | Date of Birth | Contact Phone | Machine |
|---|---|---|---|
| olango,lucy | | (619) 792-9760 | CAD13 |

### Call Vehicles

| Vehicle Type | Make | Model | Role | Year | License State | License Number |
|---|---|---|---|---|---|---|

### Call Dispositions

| Name | Count |
|---|---|
| CRIMINAL | 6 |
| OH | 5 |
| 11-10 | 1 |

### Unit Dispositions

| Name | Unit Number | Disposition Date |
|---|---|---|
| CRIMINAL | 44K | 9/27/2016 8:34:15 PM |
| CRIMINAL | 208P | 9/27/2016 8:36:51 PM |
| OH | 208P | 9/27/2016 8:36:51 PM |
| CRIMINAL | 217 | 9/27/2016 8:27:28 PM |
| OH | 217 | 9/27/2016 8:27:28 PM |
| CRIMINAL | 219 | 9/27/2016 8:30:37 PM |
| OH | 219 | 9/27/2016 8:30:37 PM |
| CRIMINAL | 226 | 9/27/2016 2:27:16 PM |
| OH | 226 | 9/27/2016 2:27:16 PM |
| CRIMINAL | 227 | 9/27/2016 8:23:50 PM |
| OH | 148Z | 9/27/2016 8:29:22 PM |

## Call Log

**\*\*\* 9/27/2016 \*\*\***

| Time | Action | Description | Name | Machine |
|---|---|---|---|---|
| 8:56:44 PM | Call Cleared | Close Call | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 205 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Disposition Changed | Added: CRIMINAL Count 6,OH Count 5 Changed: 11-10 Count 1 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 207 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 210Z 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 836 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 40S 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 401E 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 404E 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 228 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 140 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 301 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Action | Unit 302 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Disposition Changed | Added: 11-10 Count 1 | Craig Groll | CAD12 |
| 8:56:08 PM | Unit Status Action | Unit 304 10-8 | Kristen Watson | CAD13 |
| 8:54:52 PM | Unit Status Action | Unit 426Z 10-8 | Kristen Watson | CAD13 |
| 8:54:22 PM | Unit Status Action | Unit 146 10-8 | Kristen Watson | CAD13 |
| 8:52:09 PM | Unit Status Action | Unit 138 10-8 | Kristen Watson | CAD13 |
| 8:52:05 PM | Unit Status Action | Unit 130 10-8 | Kristen Watson | CAD13 |
| 8:51:47 PM | Unit Status Action | Unit 130Z 10-8 | Kristen Watson | CAD13 |
| 8:51:47 PM | Unit Status Action | Unit 148Z 10-8 | Kristen Watson | CAD13 |
| 8:48:48 PM | Unit Status Action | Unit 148Z 10-97 | Mitchell Ferguson | CADAPP |
| 8:48:16 PM | Unit Status Action | Unit 130Z DISP | James Gallivan | CADAPP |
| 8:43:02 PM | Unit Status Action | Unit 148Z DISP | Mitchell Ferguson | CADAPP |
| 8:36:51 PM | Unit Status Action | Unit 208P 10-8 | Tina Mendoza | CADAPP |
| 8:34:15 PM | Unit Status Action | Unit 44K 10-8 | Mike Murphy | CADAPP |
| 8:32:18 PM | Unit Status Action | Unit 22S 10-8 | Matt Conlon | CADAPP |
| 8:30:37 PM | Unit Status Action | Unit 219 10-8 | Robby Darrow | CADAPP |
| 8:29:22 PM | Unit Status Action | Unit 148Z 10-8 | Mitchell Ferguson | CADAPP |
| 8:27:28 PM | Unit Status Action | Unit 217 10-8 | Rob Lesagonicz | CADAPP |
| 8:26:42 PM | Narrative Added | 836 going into Wendys | Craig Groll | CAD12 |
| 8:23:50 PM | Unit Status Action | Unit 227 10-8 | Josh McDaniel | CADAPP |
| 8:22:52 PM | Narrative Added | 429 | Craig Groll | CAD12 |
| 8:22:13 PM | Narrative Added | 20l | Craig Groll | CAD12 |
| 8:22:08 PM | Narrative Added | 22s | Craig Groll | CAD12 |
| 8:22:00 PM | Narrative Added | 205 | Craig Groll | CAD12 |
| 8:21:56 PM | Narrative Added | 137 | Craig Groll | CAD12 |
| 8:21:52 PM | Narrative Added | 208 | Craig Groll | CAD12 |
| 8:21:49 PM | Narrative Added | 207 | Craig Groll | CAD12 |
| 8:21:46 PM | Narrative Added | 138 | Craig Groll | CAD12 |
| 8:21:43 PM | Narrative Added | 402e | Craig Groll | CAD12 |
| 8:21:40 PM | Narrative Added | 140 | Craig Groll | CAD12 |
| 8:21:37 PM | Narrative Added | 20s | Craig Groll | CAD12 |
| 8:21:27 PM | Narrative Added | 217 | Craig Groll | CAD12 |
| 8:21:23 PM | Narrative Added | 404e | Craig Groll | CAD12 |
| 8:21:19 PM | Narrative Added | 219 | Craig Groll | CAD12 |
| 8:21:17 PM | Narrative Added | 401e | Craig Groll | CAD12 |
| 8:21:12 PM | Narrative Added | 130 | Craig Groll | CAD12 |

| Time | Action | Narrative | User | Terminal |
|---|---|---|---|---|
| 8:21:11 PM | Narrative Added | 426z | Craig Groll | CAD12 |
| 8:21:04 PM | Narrative Added | 302 | Craig Groll | CAD12 |
| 8:21:00 PM | Narrative Added | 210z | Craig Groll | CAD12 |
| 8:20:53 PM | Narrative Added | 304z | Craig Groll | CAD12 |
| 8:20:40 PM | Narrative Added | 146 | Craig Groll | CAD12 |
| 8:20:39 PM | Narrative Added | 148 | Craig Groll | CAD12 |
| 8:20:38 PM | Narrative Added | 44k | Craig Groll | CAD12 |
| 8:20:05 PM | Narrative Added | 20s - roll call | Craig Groll | CAD12 |
| 8:18:52 PM | Narrative Added | 20L - all units clear from Broadway -- meeting at ECPD | Craig Groll | CAD12 |
| 8:18:25 PM | Narrative Added | Alley is clear | Craig Groll | CAD12 |
| 8:16:41 PM | Narrative Added | sdso disp --- has units meeting up at 1012 e. bradley, the church | Marvi Walker | CAD14 |
| 8:12:59 PM | Narrative Added | 20L- El Cajon units open up the alley | Craig Groll | CAD12 |
| 8:10:27 PM | Narrative Added | 20L - moving out | Craig Groll | CAD12 |
| 7:56:15 PM | Unit Status Action | Unit 90L 10-8 | Craig Groll | CAD12 |
| 7:51:20 PM | Narrative Added | once clear | Craig Groll | CAD12 |
| 7:51:16 PM | Narrative Added | 20L - All units - 10-87 west of PD | Craig Groll | CAD12 |
| 7:46:35 PM | Narrative Added | 80L - All 800 units go clear | Craig Groll | CAD12 |
| 7:43:35 PM | Unit Status Action | Unit 146 10-97 | Craig Groll | CAD12 |
| 7:43:32 PM | Unit Status Action | Unit 140 10-97 | Craig Groll | CAD12 |
| 7:43:30 PM | Unit Status Action | Unit 138 10-97 | Craig Groll | CAD12 |
| 7:43:28 PM | Unit Status Action | Unit 130 10-97 | Craig Groll | CAD12 |
| 7:41:38 PM | Narrative Added | 20l | Craig Groll | CAD12 |
| 7:41:34 PM | Narrative Added | 401e | Craig Groll | CAD12 |
| 7:41:32 PM | Narrative Added | 302 | Craig Groll | CAD12 |
| 7:41:19 PM | Narrative Added | 404e | Craig Groll | CAD12 |
| 7:41:14 PM | Narrative Added | 22s | Craig Groll | CAD12 |
| 7:41:11 PM | Narrative Added | 20s | Craig Groll | CAD12 |
| 7:41:10 PM | Narrative Added | 205 | Craig Groll | CAD12 |
| 7:41:05 PM | Narrative Added | 217 | Craig Groll | CAD12 |
| 7:41:04 PM | Narrative Added | 207 | Craig Groll | CAD12 |
| 7:41:01 PM | Narrative Added | 208 | Craig Groll | CAD12 |
| 7:40:57 PM | Narrative Added | 219 | Craig Groll | CAD12 |
| 7:40:53 PM | Narrative Added | 138 | Craig Groll | CAD12 |
| 7:40:51 PM | Narrative Added | 402e | Craig Groll | CAD12 |
| 7:40:50 PM | Narrative Added | 210z | Craig Groll | CAD12 |
| 7:40:40 PM | Narrative Added | 44k | Craig Groll | CAD12 |
| 7:40:33 PM | Narrative Added | 148 | Craig Groll | CAD12 |
| 7:40:30 PM | Narrative Added | 130 | Craig Groll | CAD12 |
| 7:40:27 PM | Narrative Added | 146 | Craig Groll | CAD12 |
| 7:40:23 PM | Narrative Added | 137 | Craig Groll | CAD12 |
| 7:40:20 PM | Narrative Added | 426 | Craig Groll | CAD12 |
| 7:40:18 PM | Narrative Added | 140 | Craig Groll | CAD12 |
| 7:40:17 PM | Narrative Added | 427 | Craig Groll | CAD12 |
| 7:40:16 PM | Narrative Added | roll call per 20s | Craig Groll | CAD12 |
| 7:14:36 PM | Narrative Added | 210z - coin thrown at him in the crowd | Craig Groll | CAD12 |
| 7:13:15 PM | Unit Status Action | Unit 44K 10-97 | Joel Elder | CAD11 |
| 7:03:11 PM | Unit Status Action | Unit 148Z 10-97 | Mitchell Ferguson | CADAPP |
| 7:02:26 PM | Unit Status Action | Unit 148Z DISP | Mitchell Ferguson | CADAPP |
| 6:43:19 PM | Unit Status Action | Unit 146 ER | Craig Groll | CAD12 |
| 6:43:19 PM | Unit Status Action | Unit 130 ER | Craig Groll | CAD12 |
| 6:43:19 PM | Unit Status Action | Unit 140 ER | Craig Groll | CAD12 |

| Time | Action | Details | User | Terminal |
|---|---|---|---|---|
| 6:43:19 PM | Unit Status Action | Unit 138 ER | Craig Groll | CAD12 |
| 6:42:42 PM | Unit Status Action | Unit 44K ER | Craig Groll | CAD12 |
| 6:42:25 PM | Narrative Added | 138/140/130/146 - e/r in 10-16 van | Craig Groll | CAD12 |
| 6:42:04 PM | Narrative Added | sdso is 10-4 to activate the 50% lemon grove lakeside and santee and patch set for le s tac 1 | Joel Elder | CAD11 |
| 6:40:28 PM | Narrative Added | 20L requests SDSO contigent from Santee, Lemon Grove, Spring Valley - non code - respond to 851 N Mollison | Craig Groll | CAD12 |
| 5:01:14 PM | Unit Status Action | Unit 401E AR 2nd | Pete Meredith | CAD11 |
| 5:01:09 PM | Unit Status Action | Unit 401E 10-97 | Pete Meredith | CAD11 |
| 5:01:06 PM | Unit Status Action | Unit 401E ER | Pete Meredith | CAD11 |
| 4:59:37 PM | Unit Status Action | Unit 404E AR 2nd | Pete Meredith | CAD11 |
| 4:59:31 PM | Unit Status Action | Unit 404E 10-97 | Pete Meredith | CAD11 |
| 4:59:26 PM | Unit Status Action | Unit 404E ER | Pete Meredith | CAD11 |
| 3:59:45 PM | Narrative Added | 16008453 | Dave Vojtaskovic | CAD12 |
| 3:56:44 PM | Narrative Added | Case # 16008453 - OR/OIS/777 Broadway Performed by Mobile Unit 227 | Josh McDaniel | CADAPP |
| 3:32:32 PM | Unit Status Action | Unit 304 AR 2nd | Jonathon Corrao | CADAPP |
| 3:28:05 PM | Narrative Added | subj's family is poss er to hosp in a 2dr newer blue acura | Amanda Stills | CAD13 |
| 3:23:18 PM | Unit Status Action | Unit 304 ER 2nd | Pete Meredith | CAD11 |
| 3:23:09 PM | Unit Status Action | Unit 304 ER | Pete Meredith | CAD11 |
| 3:10:49 PM | Narrative Added | sdpd sending a unit to sharp memorial as a precaution in case family shows up there | Amanda Stills | CAD13 |
| 3:08:55 PM | Unit Status Action | Unit 205 AR 2nd | Pete Meredith | CAD11 |
| 2:57:36 PM | Unit Status Action | Unit 302 10-97 | Dave Vojtaskovic | CAD12 |
| 2:57:26 PM | Unit Status Action | Unit 302 ER | Dave Vojtaskovic | CAD12 |
| 2:51:37 PM | Narrative Added | family members at 848 n mollison coming out to scene | Dave Vojtaskovic | CAD12 |
| 2:49:49 PM | Unit Status Action | Unit 228 AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:49:42 PM | Unit Status Action | Unit 228 ER 2nd | Dave Vojtaskovic | CAD12 |
| 2:46:40 PM | Unit Status Action | Unit 227 AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:45:15 PM | Unit Status Action | Unit 22S AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:44:52 PM | Unit Status Action | Unit 22S ER 2nd | Dave Vojtaskovic | CAD12 |
| 2:43:53 PM | Unit Status Action | Unit 934T 10-8 | Pete Meredith | CAD11 |
| 2:43:42 PM | Unit Status Action | Unit 836 10-97 | Dave Vojtaskovic | CAD12 |
| 2:43:34 PM | Unit Status Action | Unit 836 ER | Dave Vojtaskovic | CAD12 |
| 2:40:30 PM | Narrative Added | AMR 438 to Sharp Memorial | Amanda Stills | CAD13 |
| 2:35:15 PM | Unit Status Action | Unit 205 10-97 | Dave Vojtaskovic | CAD12 |
| 2:35:10 PM | Unit Status Action | Unit 205 rerouted from call 16 | Dave Vojtaskovic | CAD12 |
| 2:32:08 PM | Unit Status Action | Unit 227 ER 2nd | Amanda Stills | CAD13 |
| 2:31:59 PM | Unit Status Action | Unit 219 10-97 | Amanda Stills | CAD13 |
| 2:31:57 PM | Unit Status Action | Unit 219 ER | Amanda Stills | CAD13 |
| 2:31:53 PM | Unit Status Action | Unit 219 10-8 | Amanda Stills | CAD13 |
| 2:31:45 PM | Unit Status Action | Unit 219 ER 2nd | Amanda Stills | CAD13 |
| 2:30:10 PM | Narrative Added | 227 er 10-19 | Dave Vojtaskovic | CAD12 |
| 2:28:31 PM | Unit Status Action | Unit 217 10-97 | Pete Meredith | CAD11 |
| 2:27:26 PM | Unit Status Action | Unit 217 rerouted from call 12 | Pete Meredith | CAD11 |
| 2:27:16 PM | Unit Status Action | Unit 226 10-8 | Jose Sioson | CADAPP |
| 2:25:03 PM | Narrative Added | 301 w subj er to hosptal | Dave Vojtaskovic | CAD12 |
| 2:23:58 PM | Unit Status Action | Unit 301 AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:23:15 PM | Unit Status Action | Unit 301 ER | Dave Vojtaskovic | CAD12 |
| 2:22:32 PM | Unit Status Action | Unit 90L AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:22:17 PM | Unit Status Action | Unit 40S AR 2nd | Dave Vojtaskovic | CAD12 |

| Time | Action | Details | User | Terminal |
|---|---|---|---|---|
| 2:22:02 PM | Unit Status Action | Unit 40S ER | Dave Vojtaskovic | CAD12 |
| 2:21:59 PM | Narrative Added | correction - 90l and 40s er 1019 with 228 | Pete Meredith | CAD11 |
| 2:21:56 PM | Unit Status Action | Unit 90L ER | Dave Vojtaskovic | CAD12 |
| 2:21:42 PM | Narrative Added | 90s 40s er 1019 with 228 | Pete Meredith | CAD11 |
| 2:20:58 PM | Unit Status Action | Unit 934T AR 2nd | Pete Meredith | CAD11 |
| 2:20:52 PM | Unit Status Action | Unit 934T 10-97 | Pete Meredith | CAD11 |
| 2:20:49 PM | Unit Status Action | Unit 934T ER | Pete Meredith | CAD11 |
| 2:18:29 PM | Unit Status Action | Unit 219 AR 2nd | Pete Meredith | CAD11 |
| 2:18:29 PM | Unit Status Action | Unit 207 AR 2nd | Pete Meredith | CAD11 |
| 2:18:19 PM | Unit Status Action | Unit 219 10-97 | Pete Meredith | CAD11 |
| 2:18:17 PM | Unit Status Action | Unit 207 10-97 | Pete Meredith | CAD11 |
| 2:18:14 PM | Unit Status Action | Unit 219 rerouted from call 17 | Pete Meredith | CAD11 |
| 2:18:11 PM | Unit Status Action | Unit 207 rerouted from call 17 | Pete Meredith | CAD11 |
| 2:15:18 PM | Unit Status Action | Unit 426Z AR 2nd | Pete Meredith | CAD11 |
| 2:15:13 PM | Unit Status Action | Unit 426Z 10-97 | Pete Meredith | CAD11 |
| 2:15:11 PM | Unit Status Action | Unit 426Z rerouted from call 17 | Pete Meredith | CAD11 |
| 2:14:59 PM | Narrative Added | 90l / all units c3 reduce | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Status Action | Unit 208P AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Status Action | Unit 210Z AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Status Action | Unit 226 AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Status Action | Unit 22S AR 2nd | Pete Meredith | CAD11 |
| 2:14:09 PM | Unit Status Action | Unit 22S 10-97 | Pete Meredith | CAD11 |
| 2:13:57 PM | Narrative Added | off alley best access | Dave Vojtaskovic | CAD12 |
| 2:13:40 PM | Unit Status Action | Unit 22S rerouted from call 998 | Pete Meredith | CAD11 |
| 2:13:37 PM | Unit Status Action | Unit 226 10-97 | Pete Meredith | CAD11 |
| 2:13:33 PM | Unit Status Action | Unit 226 rerouted from call 17 | Pete Meredith | CAD11 |
| 2:13:26 PM | Unit Status Action | Unit 208P 10-97 | Pete Meredith | CAD11 |
| 2:13:20 PM | Unit Status Action | Unit 208P rerouted from call 998 | Pete Meredith | CAD11 |
| 2:12:28 PM | Unit Status Action | Unit 210Z 10-97 | Pete Meredith | CAD11 |
| 2:12:20 PM | Unit Status Action | Unit 210Z rerouted from call 12 | Pete Meredith | CAD11 |
| 2:12:04 PM | Narrative Added | fd er and staging | Pete Meredith | CAD11 |
| 2:11:53 PM | Narrative Added | shots fired | Dave Vojtaskovic | CAD12 |
| 2:11:20 PM | Unit Status Action | Unit 228 AR 2nd | Pete Meredith | CAD11 |
| 2:11:20 PM | Unit Status Action | Unit 227 AR 2nd | Pete Meredith | CAD11 |
| 2:11:02 PM | Narrative Added | behind the taco shop non copmpliant | Dave Vojtaskovic | CAD12 |
| 2:10:42 PM | Narrative Added | et for 833 broadway | Pete Meredith | CAD11 |
| 2:10:41 PM | Narrative Added | 833 broadway on one with pocket refusing to remove hand | Dave Vojtaskovic | CAD12 |
| 2:10:30 PM | Narrative Added | 22s 10-4 | Pete Meredith | CAD11 |
| 2:10:27 PM | Narrative Added | 210z c3 wells park | Pete Meredith | CAD11 |
| 2:06:06 PM | Narrative Added | tried recalling to let her know officers are in the area and the number given does not work | Kenny Gray | CAD15 |
| 2:05:45 PM | Unit Status Action | Unit 228 10-97 | Dave Vojtaskovic | CAD12 |
| 2:05:15 PM | Unit Status Action | Unit 227 10-97 | Josh McDaniel | CADAPP |
| 2:03:08 PM | Unit Status Action | Unit 228 ER | Dave Vojtaskovic | CAD12 |
| 2:03:07 PM | Unit Status Action | Unit 227 ER | Dave Vojtaskovic | CAD12 |
| 2:03:07 PM | Call Ready for Dispatch | | Dave Vojtaskovic | CAD12 |
| 2:01:45 PM | Narrative Added | RP is 415 and says he needs to be placed on a 5150 | Kenny Gray | CAD15 |
| 2:01:36 PM | Narrative Added | He is at the corner of Broadway and Mollison | Kenny Gray | CAD15 |
| 2:01:13 PM | Narrative Added | RP calling in again and saying he is almost getting hit by cars | Kenny Gray | CAD15 |
| 1:56:12 PM | Narrative Added | 22s 10-4 call pending | Pete Meredith | CAD11 |

| Time | Action | Description | | Name | Machine |
|---|---|---|---|---|---|
| 1:48:20 PM | Narrative Added | 22s 104 nua | | Dave Vojtaskovic | CAD12 |
| 1:45:26 PM | Narrative Added | subj now at the arco gas on the NE corner broadway and mollison | | Pete Meredith | CAD11 |
| 1:44:47 PM | Narrative Added | subject walking nb to broadway | | Pete Meredith | CAD11 |
| 1:44:34 PM | Narrative Added | subj - BMA 30 / blk tank top / blu pants | | Pete Meredith | CAD11 |
| 1:44:12 PM | Call Updated | Police Priority changed from 3 To 2 | | Pete Meredith | CAD11 |
| 1:44:09 PM | Narrative Added | rp recalled - subject is now walking in traffic | | Pete Meredith | CAD11 |
| 12:59:28 PM | Person Updated | Name: olango, lucy , Contact Phone: (619) 792-9760; | | Amanda Stills | CAD13 |
| 12:59:25 PM | Call Updated | Phone Number Changed To (619)792-9760 Ext. | | Amanda Stills | CAD13 |
| 12:59:20 PM | Person Updated | Name: olango, lucy , Contact Phone: (619) 792-9760; | | Amanda Stills | CAD13 |
| 12:59:14 PM | Person Added | Name: olango, lucy , Contact Phone: ; | | Amanda Stills | CAD13 |
| 12:59:04 PM | Call Type | Police Call Type Changed From < New Call > To CallType: 5150, Status: Active, Priority: 3 | | Amanda Stills | CAD13 |
| 12:59:01 PM | Narrative Added | per rp he needs mental evaluation// he is not actnig himself | | Amanda Stills | CAD13 |
| 12:58:29 PM | Narrative Added | no weapons | | Amanda Stills | CAD13 |
| 12:58:16 PM | Narrative Added | hard to understand rp// lang barrier | | Amanda Stills | CAD13 |
| 12:58:04 PM | Narrative Added | brother is 30yo alfred olango | | Amanda Stills | CAD13 |
| 12:57:39 PM | Narrative Added | rp's brother is mentally unstable | | Amanda Stills | CAD13 |
| 12:57:34 PM | Location | Call Location Changed from 871 N MOLLISON AV, El Cajon to 871 N MOLLISON AV, El Cajon, 16 | | Amanda Stills | CAD13 |
| 12:57:32 PM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address 871 N MOLLISON AV | | System User | CADAPP |
| 12:57:27 PM | Narrative Added | sdso transfer | | Amanda Stills | CAD13 |
| 12:57:27 PM | Location | Call Location Changed from <UNKNOWN> to 871 N MOLLISON AV, El Cajon | | Amanda Stills | CAD13 |
| 12:57:27 PM | Address Verified | Call Location Changed from Unverified To Verified | | Amanda Stills | CAD13 |
| 12:57:24 PM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address 871 N MOLLISON AV | | System User | CADAPP |
| 12:57:19 PM | Incident Created | Added Incident Number, ORI: CA0370500, Number: 2016-00042364 | | Dave Vojtaskovic | |
| 12:57:19 PM | Call Created | New call created. Call Type: < New Call >, Location: <UNKNOWN> | | Amanda Stills | CAD13 |

## Unit Log

*** 9/27/2016 ***

| Time | Action | Description | Unit | Status | Name | Machine |
|---|---|---|---|---|---|---|
| 8:56:44 PM | Unit Status Change | 10-8 | 205 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 205 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Change | 10-8 | 207 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 207 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Change | 10-8 | 210Z | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 210Z | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Change | 10-8 | 836 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 836 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Change | 10-8 | 40S | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 40S | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Change | 10-8 | 401E | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 401E | 10-8 | Craig Groll | CAD12 |

| Time | Event | Details | Unit | Status | Officer | Terminal |
|---|---|---|---|---|---|---|
| 8:56:44 PM | Unit Status Change | 10-8 | 404E | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 404E | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Change | 10-8 | 228 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 228 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Change | 10-8 | 140 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 140 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Change | 10-8 | 301 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 301 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Status Change | 10-8 | 302 | 10-8 | Craig Groll | CAD12 |
| 8:56:44 PM | Unit Cleared | Unit Cleared From Call | 302 | 10-8 | Craig Groll | CAD12 |
| 8:56:08 PM | Unit Status Change | 10-8 | 304 | 10-8 | Kristen Watson | CAD13 |
| 8:56:08 PM | Unit Cleared | Unit Cleared From Call | 304 | 10-8 | Kristen Watson | CAD13 |
| 8:54:52 PM | Unit Status Change | 10-8 | 426Z | 10-8 | Kristen Watson | CAD13 |
| 8:54:52 PM | Unit Cleared | Unit Cleared From Call | 426Z | 10-8 | Kristen Watson | CAD13 |
| 8:54:22 PM | Unit Status Change | 10-8 | 146 | 10-8 | Kristen Watson | CAD13 |
| 8:54:22 PM | Unit Cleared | Unit Cleared From Call | 146 | 10-8 | Kristen Watson | CAD13 |
| 8:52:09 PM | Unit Status Change | 10-8 | 138 | 10-8 | Kristen Watson | CAD13 |
| 8:52:09 PM | Unit Cleared | Unit Cleared From Call | 138 | 10-8 | Kristen Watson | CAD13 |
| 8:52:05 PM | Unit Status Change | 10-8 | 130 | 10-8 | Kristen Watson | CAD13 |
| 8:52:05 PM | Unit Cleared | Unit Cleared From Call | 130 | 10-8 | Kristen Watson | CAD13 |
| 8:51:47 PM | Unit Status Change | 10-8 | 130Z | 10-8 | Kristen Watson | CAD13 |
| 8:51:47 PM | Unit Cleared | Unit Cleared From Call | 130Z | 10-8 | Kristen Watson | CAD13 |
| 8:51:47 PM | Unit Status Change | 10-8 | 148Z | 10-8 | Kristen Watson | CAD13 |
| 8:51:47 PM | Unit Cleared | Unit Cleared From Call | 148Z | 10-8 | Kristen Watson | CAD13 |
| 8:48:48 PM | Unit Status Change | 10-97 | 148Z | 10-97 | Mitchell Ferguson | CADAPP |
| 8:48:16 PM | Unit Location | Unit Location Cleared Performed by Mobile Unit 130Z | 130Z | DISP | James Gallivan | CADAPP |
| 8:48:16 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 Performed by Mobile Unit 130Z | 130Z | DISP | James Gallivan | CADAPP |
| 8:43:02 PM | Unit Location | Unit Location Cleared Performed by Mobile Unit 148Z | 148Z | DISP | Mitchell Ferguson | CADAPP |
| 8:43:02 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 Performed by Mobile Unit 148Z | 148Z | DISP | Mitchell Ferguson | CADAPP |
| 8:36:51 PM | Unit Status Change | 10-8 | 208P | 10-8 | Tina Mendoza | CADAPP |
| 8:36:51 PM | Unit Cleared | Unit Cleared From Call | 208P | 10-8 | Tina Mendoza | CADAPP |
| 8:36:51 PM | Disposition Added | Added: CRIMINAL,OH Performed by Mobile Unit 208P | 208P | AR 2nd | Tina Mendoza | CADAPP |
| 8:34:15 PM | Unit Status Change | 10-8 | 44K | 10-8 | Mike Murphy | CADAPP |
| 8:34:15 PM | Unit Cleared | Unit Cleared From Call | 44K | 10-8 | Mike Murphy | CADAPP |
| 8:34:15 PM | Disposition Added | Added: CRIMINAL Performed by Mobile Unit 44K | 44K | 10-97 | Mike Murphy | CADAPP |
| 8:32:18 PM | Unit Status Change | 10-8 | 22S | 10-8 | Matt Conlon | CADAPP |
| 8:32:18 PM | Unit Cleared | Unit Cleared From Call | 22S | 10-8 | Matt Conlon | CADAPP |
| 8:30:37 PM | Unit Status Change | 10-8 | 219 | 10-8 | Robby Darrow | CADAPP |
| 8:30:37 PM | Unit Cleared | Unit Cleared From Call | 219 | 10-8 | Robby Darrow | CADAPP |
| 8:30:37 PM | Disposition Added | Added: CRIMINAL,OH | 219 | 10-97 | Robby Darrow | CADAPP |

| Time | Action | Details | Unit | Status | Officer | Terminal |
|---|---|---|---|---|---|---|
| | | Performed by Mobile Unit 219 | | | | |
| 8:29:22 PM | Unit Status Change | 10-8 | 148Z | 10-8 | Mitchell Ferguson | CADAPP |
| 8:29:22 PM | Unit Cleared | Unit Cleared From Call | 148Z | 10-8 | Mitchell Ferguson | CADAPP |
| 8:29:22 PM | Disposition Added | Added: OH Performed by Mobile Unit 148Z | 148Z | 10-97 | Mitchell Ferguson | CADAPP |
| 8:27:28 PM | Unit Status Change | 10-8 | 217 | 10-8 | Rob Lesagonicz | CADAPP |
| 8:27:28 PM | Unit Cleared | Unit Cleared From Call | 217 | 10-8 | Rob Lesagonicz | CADAPP |
| 8:27:28 PM | Disposition Added | Added: CRIMINAL,OH Performed by Mobile Unit 217 | 217 | 10-97 | Rob Lesagonicz | CADAPP |
| 8:23:50 PM | Unit Status Change | 10-8 | 227 | 10-8 | Josh McDaniel | CADAPP |
| 8:23:50 PM | Unit Cleared | Unit Cleared From Call | 227 | 10-8 | Josh McDaniel | CADAPP |
| 8:23:50 PM | Disposition Added | Added: CRIMINAL Performed by Mobile Unit 227 | 227 | AR 2nd | Josh McDaniel | CADAPP |
| 7:56:15 PM | Unit Status Change | 10-8 | 90L | 10-8 | Craig Groll | CAD12 |
| 7:56:15 PM | Unit Cleared | Unit Cleared From Call | 90L | 10-8 | Craig Groll | CAD12 |
| 7:43:35 PM | Unit Status Change | 10-97 | 146 | 10-97 | Craig Groll | CAD12 |
| 7:43:32 PM | Unit Status Change | 10-97 | 140 | 10-97 | Craig Groll | CAD12 |
| 7:43:30 PM | Unit Status Change | 10-97 | 138 | 10-97 | Craig Groll | CAD12 |
| 7:43:28 PM | Unit Status Change | 10-97 | 130 | 10-97 | Craig Groll | CAD12 |
| 7:13:15 PM | Unit Status Change | 10-97 | 44K | 10-97 | Joel Elder | CAD11 |
| 7:03:11 PM | Unit Status Change | 10-97 | 148Z | 10-97 | Mitchell Ferguson | CADAPP |
| 7:02:26 PM | Unit Location | Unit Location Cleared Performed by Mobile Unit 148Z | 148Z | DISP | Mitchell Ferguson | CADAPP |
| 7:02:26 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 Performed by Mobile Unit 148Z | 148Z | DISP | Mitchell Ferguson | CADAPP |
| 6:43:19 PM | Unit Location | Unit Location Cleared | 146 | ER | Craig Groll | CAD12 |
| 6:43:19 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 146 | ER | Craig Groll | CAD12 |
| 6:43:19 PM | Unit Location | Unit Location Cleared | 130 | ER | Craig Groll | CAD12 |
| 6:43:19 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 130 | ER | Craig Groll | CAD12 |
| 6:43:19 PM | Unit Location | Unit Location Cleared | 140 | ER | Craig Groll | CAD12 |
| 6:43:19 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 140 | ER | Craig Groll | CAD12 |
| 6:43:19 PM | Unit Location | Unit Location Cleared | 138 | ER | Craig Groll | CAD12 |
| 6:43:19 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 138 | ER | Craig Groll | CAD12 |
| 6:42:42 PM | Unit Location | Unit Location Cleared | 44K | ER | Craig Groll | CAD12 |
| 6:42:42 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 44K | ER | Craig Groll | CAD12 |
| 5:01:14 PM | Unit Location | 833 broadway | 401E | AR 2nd | Pete Meredith | CAD11 |
| 5:01:14 PM | Unit Status Change | AR 2nd | 401E | AR 2nd | Pete Meredith | CAD11 |
| 5:01:09 PM | Unit Status Change | 10-97 | 401E | 10-97 | Pete Meredith | CAD11 |
| 5:01:06 PM | Unit Location | Unit Location Cleared | 401E | ER | Pete Meredith | CAD11 |
| 5:01:06 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El | 401E | ER | Pete Meredith | CAD11 |

| Time | Event | Details | Unit | Status | Operator | Terminal |
|---|---|---|---|---|---|---|
| | | Cajon, Call Type: 5150 | | | | |
| 4:59:37 PM | Unit Location | 833 broadway | 404E | AR 2nd | Pete Meredith | CAD11 |
| 4:59:37 PM | Unit Status Change | AR 2nd | 404E | AR 2nd | Pete Meredith | CAD11 |
| 4:59:31 PM | Unit Status Change | 10-97 | 404E | 10-97 | Pete Meredith | CAD11 |
| 4:59:26 PM | Unit Location | Unit Location Cleared | 404E | ER | Pete Meredith | CAD11 |
| 4:59:26 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 404E | ER | Pete Meredith | CAD11 |
| 3:32:32 PM | Unit Location | SHARP HOSP | 304 | AR 2nd | Jonathon Corrao | CADAPP |
| 3:32:32 PM | Unit Status Change | AR 2nd | 304 | AR 2nd | Jonathon Corrao | CADAPP |
| 3:23:18 PM | Unit Location | sharp memorial | 304 | ER 2nd | Pete Meredith | CAD11 |
| 3:23:18 PM | Unit Status Change | ER 2nd | 304 | ER 2nd | Pete Meredith | CAD11 |
| 3:23:09 PM | Unit Location | Unit Location Cleared | 304 | ER | Pete Meredith | CAD11 |
| 3:23:09 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 304 | ER | Pete Meredith | CAD11 |
| 3:08:55 PM | Unit Location | 833 broadway | 205 | AR 2nd | Pete Meredith | CAD11 |
| 3:08:55 PM | Unit Status Change | AR 2nd | 205 | AR 2nd | Pete Meredith | CAD11 |
| 3:08:33 PM | Unit Location | sharp memorial | 301 | AR 2nd | Pete Meredith | CAD11 |
| 2:57:36 PM | Unit Status Change | 10-97 | 302 | 10-97 | Dave Vojtaskovic | CAD12 |
| 2:57:26 PM | Unit Location | Unit Location Cleared | 302 | ER | Dave Vojtaskovic | CAD12 |
| 2:57:26 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 302 | ER | Dave Vojtaskovic | CAD12 |
| 2:49:49 PM | Unit Status Change | AR 2nd | 228 | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:49:42 PM | Unit Location | 10-19 | 228 | ER 2nd | Dave Vojtaskovic | CAD12 |
| 2:49:42 PM | Unit Status Change | ER 2nd | 228 | ER 2nd | Dave Vojtaskovic | CAD12 |
| 2:49:24 PM | Unit Location | Secondary Location Cleared | 228 | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:46:40 PM | Unit Status Change | AR 2nd | 227 | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:45:15 PM | Unit Status Change | AR 2nd | 22S | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:44:52 PM | Unit Location | 10-19 | 22S | ER 2nd | Dave Vojtaskovic | CAD12 |
| 2:44:52 PM | Unit Status Change | ER 2nd | 22S | ER 2nd | Dave Vojtaskovic | CAD12 |
| 2:44:34 PM | Unit Location | Secondary Location Cleared | 22S | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:43:53 PM | Unit Status Change | 10-8 | 934T | 10-8 | Pete Meredith | CAD11 |
| 2:43:53 PM | Unit Cleared | Unit Cleared From Call | 934T | 10-8 | Pete Meredith | CAD11 |
| 2:43:42 PM | Unit Status Change | 10-97 | 836 | 10-97 | Dave Vojtaskovic | CAD12 |
| 2:43:34 PM | Unit Location | Unit Location Cleared | 836 | ER | Dave Vojtaskovic | CAD12 |
| 2:43:34 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 836 | ER | Dave Vojtaskovic | CAD12 |
| 2:35:15 PM | Unit Status Change | 10-97 | 205 | 10-97 | Dave Vojtaskovic | CAD12 |
| 2:35:10 PM | Reroute | From call 16 to call 993 | 205 | DISP | Dave Vojtaskovic | CAD12 |
| 2:35:10 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 205 | DISP | Dave Vojtaskovic | CAD12 |
| 2:32:08 PM | Unit Location | 10-19 | 227 | ER 2nd | Amanda Stills | CAD13 |
| 2:32:08 PM | Unit Status Change | ER 2nd | 227 | ER 2nd | Amanda Stills | CAD13 |
| 2:31:59 PM | Unit Status Change | 10-97 | 219 | 10-97 | Amanda Stills | CAD13 |
| 2:31:57 PM | Unit Location | Unit Location Cleared | 219 | ER | Amanda Stills | CAD13 |
| 2:31:57 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 219 | ER | Amanda Stills | CAD13 |
| 2:31:53 PM | Unit Status Change | 10-8 | 219 | 10-8 | Amanda Stills | CAD13 |

| Time | Event | Details | Unit | Status | Officer | Terminal |
|---|---|---|---|---|---|---|
| 2:31:53 PM | Unit Cleared | Unit Cleared From Call | 219 | 10-8 | Amanda Stills | CAD13 |
| 2:31:45 PM | Unit Location | 10-19 | 219 | ER 2nd | Amanda Stills | CAD13 |
| 2:31:45 PM | Unit Status Change | ER 2nd | 219 | ER 2nd | Amanda Stills | CAD13 |
| 2:30:39 PM | Unit Location | Secondary Location Cleared | 227 | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:28:31 PM | Unit Status Change | 10-97 | 217 | 10-97 | Pete Meredith | CAD11 |
| 2:27:26 PM | Reroute | From call 12 to call 993 | 217 | DISP | Pete Meredith | CAD11 |
| 2:27:26 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 217 | DISP | Pete Meredith | CAD11 |
| 2:27:16 PM | Unit Status Change | 10-8 | 226 | 10-8 | Jose Sioson | CADAPP |
| 2:27:16 PM | Unit Cleared | Unit Cleared From Call | 226 | 10-8 | Jose Sioson | CADAPP |
| 2:27:16 PM | Disposition Added | Added: CRIMINAL,OH Performed by Mobile Unit 226 | 226 | AR 2nd | Jose Sioson | CADAPP |
| 2:23:58 PM | Unit Location | er hopsital sharp | 301 | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:23:58 PM | Unit Status Change | AR 2nd | 301 | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:23:37 PM | Unit Location | 1019 | 40S | AR 2nd | Pete Meredith | CAD11 |
| 2:23:15 PM | Unit Location | Unit Location Cleared | 301 | ER | Dave Vojtaskovic | CAD12 |
| 2:23:15 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 301 | ER | Dave Vojtaskovic | CAD12 |
| 2:22:32 PM | Unit Location | 10-19 | 90L | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:22:32 PM | Unit Status Change | AR 2nd | 90L | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:22:17 PM | Unit Location | er 1019 | 40S | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:22:17 PM | Unit Status Change | AR 2nd | 40S | AR 2nd | Dave Vojtaskovic | CAD12 |
| 2:22:02 PM | Unit Location | Unit Location Cleared | 40S | ER | Dave Vojtaskovic | CAD12 |
| 2:22:02 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 40S | ER | Dave Vojtaskovic | CAD12 |
| 2:21:56 PM | Unit Location | Unit Location Cleared | 90L | ER | Dave Vojtaskovic | CAD12 |
| 2:21:56 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 90L | ER | Dave Vojtaskovic | CAD12 |
| 2:20:58 PM | Unit Location | 833 broadway | 934T | AR 2nd | Pete Meredith | CAD11 |
| 2:20:58 PM | Unit Status Change | AR 2nd | 934T | AR 2nd | Pete Meredith | CAD11 |
| 2:20:52 PM | Unit Status Change | 10-97 | 934T | 10-97 | Pete Meredith | CAD11 |
| 2:20:49 PM | Unit Location | Unit Location Cleared | 934T | ER | Pete Meredith | CAD11 |
| 2:20:49 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 934T | ER | Pete Meredith | CAD11 |
| 2:18:29 PM | Unit Location | 833 broadway | 219 | AR 2nd | Pete Meredith | CAD11 |
| 2:18:29 PM | Unit Status Change | AR 2nd | 219 | AR 2nd | Pete Meredith | CAD11 |
| 2:18:29 PM | Unit Location | 833 broadway | 207 | AR 2nd | Pete Meredith | CAD11 |
| 2:18:29 PM | Unit Status Change | AR 2nd | 207 | AR 2nd | Pete Meredith | CAD11 |
| 2:18:19 PM | Unit Status Change | 10-97 | 219 | 10-97 | Pete Meredith | CAD11 |
| 2:18:17 PM | Unit Status Change | 10-97 | 207 | 10-97 | Pete Meredith | CAD11 |
| 2:18:14 PM | Reroute | From call 17 to call 993 | 219 | DISP | Pete Meredith | CAD11 |
| 2:18:14 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 219 | DISP | Pete Meredith | CAD11 |
| 2:18:11 PM | Reroute | From call 17 to call 993 | 207 | DISP | Pete Meredith | CAD11 |
| 2:18:11 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: | 207 | DISP | Pete Meredith | CAD11 |

| Time | Event | Details | Unit | Status | User | Terminal |
|---|---|---|---|---|---|---|
| 2:15:18 PM | Unit Location | 833 broadway | 426Z | AR 2nd | Pete Meredith | CAD11 |
| 2:15:18 PM | Unit Status Change | AR 2nd | 426Z | AR 2nd | Pete Meredith | CAD11 |
| 2:15:13 PM | Unit Status Change | 10-97 | 426Z | 10-97 | Pete Meredith | CAD11 |
| 2:15:11 PM | Reroute | From call 17 to call 993 | 426Z | DISP | Pete Meredith | CAD11 |
| 2:15:11 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 426Z | DISP | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Location | 833 broadway | 208P | AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Status Change | AR 2nd | 208P | AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Location | 833 broadway | 210Z | AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Status Change | AR 2nd | 210Z | AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Location | 833 broadway | 226 | AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Status Change | AR 2nd | 226 | AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Location | 833 broadway | 22S | AR 2nd | Pete Meredith | CAD11 |
| 2:14:29 PM | Unit Status Change | AR 2nd | 22S | AR 2nd | Pete Meredith | CAD11 |
| 2:14:09 PM | Unit Status Change | 10-97 | 22S | 10-97 | Pete Meredith | CAD11 |
| 2:13:40 PM | Reroute | From call 998 to call 993 | 22S | DISP | Pete Meredith | CAD11 |
| 2:13:40 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 22S | DISP | Pete Meredith | CAD11 |
| 2:13:37 PM | Unit Status Change | 10-97 | 226 | 10-97 | Pete Meredith | CAD11 |
| 2:13:33 PM | Reroute | From call 17 to call 993 | 226 | DISP | Pete Meredith | CAD11 |
| 2:13:33 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 226 | DISP | Pete Meredith | CAD11 |
| 2:13:26 PM | Unit Status Change | 10-97 | 208P | 10-97 | Pete Meredith | CAD11 |
| 2:13:20 PM | Reroute | From call 998 to call 993 | 208P | DISP | Pete Meredith | CAD11 |
| 2:13:20 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 208P | DISP | Pete Meredith | CAD11 |
| 2:12:28 PM | Unit Status Change | 10-97 | 210Z | 10-97 | Pete Meredith | CAD11 |
| 2:12:20 PM | Reroute | From call 12 to call 993 | 210Z | DISP | Pete Meredith | CAD11 |
| 2:12:20 PM | Unit Status Change | DISP Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 210Z | DISP | Pete Meredith | CAD11 |
| 2:11:20 PM | Unit Location | 833 broadway | 228 | AR 2nd | Pete Meredith | CAD11 |
| 2:11:20 PM | Unit Status Change | AR 2nd | 228 | AR 2nd | Pete Meredith | CAD11 |
| 2:11:20 PM | Unit Location | 833 broadway | 227 | AR 2nd | Pete Meredith | CAD11 |
| 2:11:20 PM | Unit Status Change | AR 2nd | 227 | AR 2nd | Pete Meredith | CAD11 |
| 2:05:45 PM | Unit Status Change | 10-97 | 228 | 10-97 | Dave Vojtaskovic | CAD12 |
| 2:05:15 PM | Unit Status Change | 10-97 | 227 | 10-97 | Josh McDaniel | CADAPP |
| 2:03:08 PM | Unit Location | Unit Location Cleared | 228 | ER | Dave Vojtaskovic | CAD12 |
| 2:03:08 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 228 | ER | Dave Vojtaskovic | CAD12 |
| 2:03:07 PM | Unit Location | Unit Location Cleared | 227 | ER | Dave Vojtaskovic | CAD12 |
| 2:03:07 PM | Unit Status Change | ER Call Number: 993, Location: 871 N MOLLISON AV 16, El Cajon, Call Type: 5150 | 227 | ER | Dave Vojtaskovic | CAD12 |

## Incidents

**Incident Number**  
2016-00042364

**ORI**  
CA0370500: El Cajon Police Department

**Type**  
Suspicious Event