# EXHIBIT F

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

RICHARD OLANGO ABUKA, an )
individual, )
                            )
             Plaintiff, )
                            )
    v. )   Case No.: 3:17-cv-
                            )   00089-BAS-NLS
CITY OF EL CAJON, RICHARD )
GONSALVES and DOES 1-10, )
Inclusive, )
                            )
             Defendants. )
_____ )
                            )
AND ALL RELATED ACTIONS. )
_____ )


## VIDEOTAPED DEPOSITION OF

### LAKENYA A. LANIER

### SAN DIEGO, CALIFORNIA

### JUNE 7, 2018

Reported by:
TAMARA L. ESPINO
CSR No. 9494
No. 18-65861


THE SULLIVAN GROUP
OF COURT REPORTERS
SULLIVANCOURTREPORTERS.COM
PHONE 855.525.3860 | 323.938.8750


Exhibit __F__ Page __1__

| | | | |
|---|---|---|---|
| 10:18:56 | 1 | A | Yes, ma'am. |
| 10:18:56 | 2 | Q | Okay. And what's the last employment you've |
| 10:18:59 | 3 | had? | |
| 10:18:59 | 4 | A | I worked at Macy's, the fragrance department. |
| 10:19:04 | 5 | Q | As a sales -- |
| 10:19:06 | 6 | A | Sales associate. |
| 10:19:08 | 7 | Q | And when was that? |
| 10:19:09 | 8 | A | Oh, it's been four years. Four years ago. |
| 10:19:13 | 9 | Q | Okay. So you last worked at Macy's roughly |
| 10:19:17 | 10 | 2014? | |
| 10:19:17 | 11 | A | Yes, ma'am. |
| 10:19:18 | 12 | Q | And how long were you there? |
| 10:19:19 | 13 | A | I was there for three years. |
| 10:19:25 | 14 | Q | Okay. And why did you leave Macy's? |
| 10:19:27 | 15 | A | I moved. |
| 10:19:28 | 16 | Q | Okay. It's my understanding that -- well, |
| 10:19:39 | 17 | first, let me start off, we're here today to talk about | |
| 10:19:43 | 18 | a shooting that occurred on September 27th, 2016, | |
| 10:19:49 | 19 | involving Alfred Olango near a taco shop, Los Panchos in | |
| 10:19:55 | 20 | El Cajon. | |
| 10:19:55 | 21 | A | Yes. |
| 10:19:56 | 22 | Q | You understand that? |
| 10:19:58 | 23 | A | Oh, yes, I do. |
| 10:19:59 | 24 | Q | Okay. And if I refer to that as "the |
| 10:20:03 | 25 | incident," during this deposition, you'll know that's | |

Exhibit F Page 3

| | | |
|---|---|---|
| 10:20:06 | 1 | what I'm talking about? |
| 10:20:07 | 2 | A  Yes. |
| 10:20:07 | 3 | Q  Okay.  And do you remember that incident? |
| 10:20:11 | 4 | A  Yes, I do. |
| 10:20:12 | 5 | Q  Okay.  All right.  It's my understanding that |
| 10:20:16 | 6 | following that incident you gave some statements to the |
| 10:20:21 | 7 | police regarding the incident? |
| 10:20:23 | 8 | A  Yes. |
| 10:20:23 | 9 | Q  Okay.  So what I want to do is play some of |
| 10:20:31 | 10 | the statement and verify whether it is in fact you on |
| 10:20:35 | 11 | this statement. |
| 10:20:36 | 12 | A  Okay.  May I take a drink? |
| 10:20:39 | 13 | MS. KUSHNER:  Absolutely.  Let's go off the |
| 10:20:41 | 14 | record. |
| 10:20:41 | 15 | VIDEOGRAPHER:  We are off the record.  The |
| 10:20:43 | 16 | time is 10:20 a.m. |
| 10:22:16 | 17 | (Off the record) |
| 10:22:16 | 18 | VIDEOGRAPHER:  We are back on the record. |
| 10:22:22 | 19 | The time is 10:22 a.m. |
| 10:22:24 | 20 | BY MS. KUSHNER: |
| 10:22:25 | 21 | Q  Okay.  Ms. Lanier, as I said off the record, |
| 10:22:29 | 22 | if at any time during the deposition you need a break |
| 10:22:31 | 23 | for any reason, just let me know.  I'm happy to -- |
| 10:22:34 | 24 | A  Okay. |
| 10:22:34 | 25 | Q  -- give you that break. |

Exhibit __E__ Page __3__

| | | |
|---|---|---|
| 10:22:37 | 1 | Also, I forgot to ask, is there any questions |
| 10:22:40 | 2 | regarding this deposition process you have for me? |
| 10:22:44 | 3 | A    No, ma'am. |
| 10:22:45 | 4 | Q    Okay.  Great. |
| 10:22:48 | 5 | All right.  So I'm going to play for you a |
| 10:22:50 | 6 | couple clips from an audio recording.  I want you to |
| 10:22:57 | 7 | listen, and then I'll ask you some questions regarding |
| 10:23:00 | 8 | it. |
| 10:23:00 | 9 | A    Okay. |
| 10:23:01 | 10 | Q    Okay? |
| 10:23:01 | 11 | (Audio clip begins) |
| 10:23:17 | 12 | "SPEAKER 1:  It's Wednesday, October 12, 3:35 |
| 10:23:22 | 13 | P.M.  Detective (inaudible) Forrester and Lakenya |
| 10:23:24 | 14 | Lanier.  Did I pronounce that right? |
| 10:23:24 | 15 | "SPEAKER 2:  Yes, sir. |
| 10:23:27 | 16 | "SPEAKER 1:  Okay.  Lakenya, I know you spoke |
| 10:23:28 | 17 | to an officer the day of the incident.  I was hoping we |
| 10:23:33 | 18 | could talk again and maybe get a few more details or |
| 10:23:36 | 19 | just kind of go over it again.  So do you mind from the |
| 10:23:40 | 20 | beginning telling me what you remember about that day? |
| 10:23:42 | 21 | "SPEAKER 2:  Okay.  I remember -- okay -- |
| 10:23:43 | 22 | Alfred, I seen him.  He was running across the street |
| 10:23:49 | 23 | like back and forth.  You could tell something was wrong |
| 10:23:52 | 24 | with him.  I thought he was on some type of drug. |
| 10:23:55 | 25 | Running back and forth, back and forth, back and forth. |

| | | |
|---|---|---|
| 10:23:56 | 1 | And then the police pulled up and he told him to get -- |
| 10:24:01 | 2 | Alfred had his hands like this.  He said get your hands |
| 10:24:03 | 3 | out your pocket.  Alfred's standing there going, no, no, |
| 10:24:06 | 4 | no, no.  And then he -- I don't know if he was talking |
| 10:24:09 | 5 | to voices.  The officer said get your hand out of your |
| 10:24:10 | 6 | pocket.  He said -- he kept telling him no, no, no.  So |
| 10:24:14 | 7 | that's when officer took his gun out and he had -- he |
| 10:24:17 | 8 | had it down, he didn't aim it at him at all.  He said |
| 10:24:22 | 9 | get your hands out your pocket.  And I said Alfred, |
| 10:24:23 | 10 | please take your hand out your pocket because they're -- |
| 10:24:27 | 11 | he's gonna shoot you.  He has to.  No, no, no, no.  So |
| 10:24:30 | 12 | they get -- so the -- they brought the officer's |
| 10:24:33 | 13 | phone -- so just get your hand out your pocket.  He kept |
| 10:24:38 | 14 | telling him to get his hand out of his pocket.  And I'm |
| 10:24:39 | 15 | screaming at him, get your hand outta your pocket. |
| 10:24:40 | 16 | That's when the officer told me shut the fuck up. |
| 10:24:44 | 17 | That's the only thing I didn't like.  So they went like |
| 10:24:47 | 18 | this, officer's standing right there, the cop was right |
| 10:24:50 | 19 | there, he said get your hand out your pocket.  And then |
| 10:24:53 | 20 | his sister ran across.  I said tell your brother to get |
| 10:24:56 | 21 | his hands out of his pocket because that officer's gonna |
| 10:24:58 | 22 | have to shoot him because he don't know if he's armed or |
| 10:25:02 | 23 | not.  So when she got to talking to him, that's when he |
| 10:25:03 | 24 | went like this, and the cop shot him.  Now, I will say |
| 10:25:08 | 25 | this.  I don't agree with the amount of times he shot |

Exhibit___F___ Page___5___

| | | |
|---|---|---|
| 10:25:11 | 1 | him, but I agree with what he did, and I don't think he |
| 10:25:13 | 2 | was in the wrong. And I don't think the officer should |
| 10:25:15 | 3 | be in trouble. And that's just being, I mean, honest. |
| 10:25:19 | 4 | I don't think he should be in trouble. Because if I was |
| 10:25:21 | 5 | a cop, you go like this, I don't know what's in your |
| 10:25:25 | 6 | hand. I'm going to pop you too, just the amount of |
| 10:25:28 | 7 | times I (inaudible) -- but he didn't stop and" -- |
| 10:25:33 | 8 | (Audio clip stopped) |
| 10:25:33 | 9 | BY MS. KUSHNER: |
| 10:25:33 | 10 | Q Okay. The female voice on that recording, is |
| 10:25:36 | 11 | that you? |
| 10:25:37 | 12 | A That's me. |
| 10:25:37 | 13 | Q Okay. And the section that I played, to the |
| 10:25:40 | 14 | best of your recollection, is that an accurate |
| 10:25:43 | 15 | representation -- |
| 10:25:43 | 16 | A That -- that -- that -- |
| 10:25:44 | 17 | Q Let me -- |
| 10:25:45 | 18 | A That is so accurate. |
| 10:25:46 | 19 | Q I know you know where I'm going, but let me |
| 10:25:49 | 20 | just get the question out. |
| 10:25:51 | 21 | The portion that I played, is that an |
| 10:25:52 | 22 | accurate representation of your statement on that date? |
| 10:25:55 | 23 | A Yes, ma'am. |
| 10:25:56 | 24 | Q Okay. And did hearing that help refresh your |
| 10:26:01 | 25 | recollection of the events? |

Exhibit F Page 6

| | | |
|---|---|---|
| 10:27:15 | 1 | in a certain manner? |
| 10:27:18 | 2 | MR. DUNN: Yes. Yes. |
| 10:27:18 | 3 | MS. KUSHNER: Okay. |
| 10:27:19 | 4 | MR. DUNN: I guess -- |
| 10:27:20 | 5 | MS. KUSHNER: So for the record, this is |
| 10:27:22 | 6 | Ms. Lanier's statement given on October 12, 2016, |
| 10:27:27 | 7 | produced by defendants in discovery. To be |
| 10:27:32 | 8 | distinguished by her other -- the other audio statement |
| 10:27:35 | 9 | of her. |
| 10:27:36 | 10 | MR. DUNN: Okay. That's probably |
| 10:27:38 | 11 | sufficient. |
| 10:27:39 | 12 | MS. KUSHNER: Okay. And then, for the |
| 10:27:40 | 13 | record, the first clip I played was from the beginning |
| 10:27:44 | 14 | of the audio recording until approximately two minutes |
| 10:27:48 | 15 | and 15 seconds. |
| 10:27:50 | 16 | MR. DUNN: Thank you. |
| 10:27:50 | 17 | MS. KUSHNER: This next clip I'm going to |
| 10:27:53 | 18 | play begins at approximately 11 minutes and 35 seconds. |
| 10:28:03 | 19 | (Audio clip begins) |
| 10:28:11 | 20 | "SPEAKER 2: I thought he had a gun. So, |
| 10:28:13 | 21 | again, I say to you again, the cop had every right to |
| 10:28:19 | 22 | shoot or be killed. I'm going to protect myself. |
| 10:28:22 | 23 | Because he most likely had a weapon. I'm sorry. I |
| 10:28:26 | 24 | didn't -- he got what he deserved. The amount of times |
| 10:28:26 | 25 | that" -- |

Exhibit F Page 7

| | | |
|---|---|---|
| 10:28:26 | 1 | (Audio clip stopped) |
| 10:28:26 | 2 | BY MS. KUSHNER: |
| 10:28:34 | 3 | Q    Okay.  That clip I just played was from, for |
| 10:28:36 | 4 | the record, 11 minutes and 35 seconds to 11 minutes 55 |
| 10:28:40 | 5 | seconds from that same October 12, 2016 interview. |
| 10:28:45 | 6 | Ms. Lanier, was that your voice on the clip? |
| 10:28:47 | 7 | A    Yes, ma'am. |
| 10:28:48 | 8 | Q    Okay.  And you said -- you were speaking |
| 10:28:52 | 9 | about the shooting and the position that Mr. Olango was |
| 10:28:58 | 10 | in when he was shot; is that correct? |
| 10:29:01 | 11 | A    Yes, ma'am. |
| 10:29:01 | 12 | Q    Okay.  And can you tell me, what did you mean |
| 10:29:07 | 13 | by when you said that he was -- about the position that |
| 10:29:15 | 14 | Mr. Olango was in? |
| 10:29:18 | 15 | A    I don't understand. |
| 10:29:20 | 16 | Q    Okay.  Fair enough.  I think this was a |
| 10:29:24 | 17 | horrible question.  Because, you know, the problem I |
| 10:29:26 | 18 | think is I forgot the exact verbiage that you used.  So |
| 10:29:31 | 19 | what I'm going to do is back up a couple seconds because |
| 10:29:34 | 20 | I want to use your words. |
| 10:29:34 | 21 | (Audio clip begins) |
| 10:29:37 | 22 | "SPEAKER 2:  I'm sorry.  I didn't -- he got |
| 10:29:39 | 23 | what he deserves.  The amount of times" -- |
| 10:29:40 | 24 | (Audio clip stopped) |
| 10:29:40 | 25 | MS. KUSHNER:  Okay.  I think I went to the |

Exhibit  E  Page  8

| | | |
|---|---|---|
| 10:29:42 | 1 | wrong place.  Hold on. |
| 10:29:42 | 2 | (Audio clip begins) |
| 10:29:44 | 3 | "SPEAKER 1:  When you see that motion, what |
| 10:29:45 | 4 | did you think? |
| 10:29:46 | 5 | SPEAKER 2:  I thought he had a gun.  So again |
| 10:29:48 | 6 | I say to you again, the cop had every right to shoot or |
| 10:29:55 | 7 | be killed.  I'm going to protect myself.  He most likely |
| 10:30:00 | 8 | had a weapon.  I'm sorry." |
| 10:30:02 | 9 | (Audio clip stopped) |
| 10:30:02 | 10 | BY MS. KUSHNER: |
| 10:30:02 | 11 | Q      What did you mean when he said he motioned |
| 10:30:05 | 12 | like he had a weapon? |
| 10:30:06 | 13 | A      When he -- he had his hand in his pocket, and |
| 10:30:10 | 14 | he drew out like that (indicating). |
| 10:30:12 | 15 | Q      And you're referring to Mr. Olango? |
| 10:30:14 | 16 | A      Yes. |
| 10:30:14 | 17 | Q      Okay.  So right before he was shot, he pulled |
| 10:30:19 | 18 | his right hand from his pocket? |
| 10:30:21 | 19 | A      Yeah.  He had -- he had his hand in his |
| 10:30:25 | 20 | pocket.  And he like drew out like he had a gun and |
| 10:30:30 | 21 | aimed towards the sister.  Because the cop was here, it |
| 10:30:33 | 22 | was him, and then his sister.  So he -- when he drawed |
| 10:30:37 | 23 | out, he pointed like at his sister.  And the cop just |
| 10:30:40 | 24 | shot him. |
| 10:30:42 | 25 | Q      Okay.  And you saw this? |


Exhibit F  Page 9

| | | |
|---|---|---|
| 10:30:43 | 1 | A     I saw it from beginning to the end. |
| 10:30:45 | 2 | Q     Okay. And is it fair to say that when |
| 10:30:49 | 3 | Mr. Olango pulled his right hand from his pocket that he |
| 10:30:54 | 4 | went into a typical shooting stance? |
| 10:30:56 | 5 | A     Yes. |
| 10:30:57 | 6 | MR. DUNN: Hold on. Hold on. That question |
| 10:31:00 | 7 | lacks foundation and is vague with regard to the concept |
| 10:31:05 | 8 | of shooting stance. |
| 10:31:06 | 9 | MS. KUSHNER: Okay. |
| 10:31:08 | 10 | Q     You can answer. |
| 10:31:10 | 11 | A     Yes, he did. I would have thought he had a |
| 10:31:14 | 12 | gun. |
| 10:31:14 | 13 | Q     Okay. And that's why you said the police |
| 10:31:20 | 14 | officer did -- |
| 10:31:20 | 15 | A     He did -- |
| 10:31:21 | 16 | Q     What he had to do? |
| 10:31:22 | 17 | A     He did his job. He did a damn good job. |
| 10:31:26 | 18 | Q     Did you see any object in Mr. Olango's hand? |
| 10:31:30 | 19 | A     It was a vape, a piece of the vape, a vape. |
| 10:31:38 | 20 | That thing they smoke, it was that. |
| 10:31:41 | 21 | Q     All right. And you saw that? |
| 10:31:42 | 22 | A     Yes. |
| 10:31:42 | 23 | Q     Okay. Before -- well, let me ask you. How |
| 10:31:52 | 24 | long had you been -- had you seen Mr. Olango before the |
| 10:31:59 | 25 | incident until the time he was shot? |

Exhibit F Page 10

| | | |
|---|---|---|
| 10:33:18 | 1 | Q    Right. |
| 10:33:19 | 2 | A    And she went over there and she told him that |
| 10:33:21 | 3 | and -- |
| 10:33:21 | 4 | Q    So let me ask.  When the police officer -- |
| 10:33:25 | 5 | when you saw the police officer get out of his car and |
| 10:33:27 | 6 | approach Mr. Olango, did you see Mr. Olango with his |
| 10:33:31 | 7 | right hand in his pocket? |
| 10:33:32 | 8 | A    His hand was in his pocket. |
| 10:33:34 | 9 | Q    Okay.  And was his hand in his pocket the |
| 10:33:37 | 10 | whole time until -- |
| 10:33:38 | 11 | A    The whole -- |
| 10:33:39 | 12 | Q    Hold on.  Let me get the question out.  I |
| 10:33:42 | 13 | know you know where I'm going, but it makes for a very |
| 10:33:45 | 14 | confusing transcript. |
| 10:33:46 | 15 | From the time you saw the officer approach |
| 10:33:51 | 16 | Mr. Olango, was his right hand, Mr. Olango's right hand, |
| 10:33:57 | 17 | in his pocket until immediately before he was shot? |
| 10:34:00 | 18 | MR. DUNN:  Objection.  Leading. |
| 10:34:01 | 19 | THE WITNESS:  Yes.  It -- |
| 10:34:03 | 20 | MR. DUNN:  Go ahead. |
| 10:34:03 | 21 | THE WITNESS:  Yes, it was. |
| 10:34:04 | 22 | BY MS. KUSHNER: |
| 10:34:04 | 23 | Q    Okay.  And he took out -- when he took out |
| 10:34:09 | 24 | his right hand from his pocket, he immediately went into |
| 10:34:14 | 25 | that shooting stance, correct? |

| | | |
|---|---|---|
| 10:34:16 | 1 | A      Yes. |
| 10:34:20 | 2 | Q      And you didn't see him, Mr. Olango, remove |
| 10:34:23 | 3 | his right hand from his pocket at any other time in the |
| 10:34:27 | 4 | officer's presence? |
| 10:34:28 | 5 | A      Nope. |
| 10:34:29 | 6 | Q      Okay.  On the recording we listened to, you |
| 10:34:36 | 7 | had mentioned that the police officer said shut the fuck |
| 10:34:40 | 8 | up. |
| 10:34:40 | 9 | A      Yeah. |
| 10:34:41 | 10 | Q      And you didn't like that. |
| 10:34:42 | 11 | A      Yeah.  Because I was -- I was screaming, and |
| 10:34:46 | 12 | he told me to shut the fuck up. |
| 10:34:46 | 13 | Q      Okay. |
| 10:34:47 | 14 | A      And I didn't like that. |
| 10:34:48 | 15 | Q      Okay.  Let me ask you.  Why do you think that |
| 10:34:51 | 16 | the officer -- that comment was directed to you? |
| 10:34:55 | 17 | MR. DUNN:  Objection.  Calls for speculation. |
| 10:34:57 | 18 | THE WITNESS:  Because I was telling -- I was |
| 10:34:59 | 19 | telling Mr. Olango to take his hand -- please take his |
| 10:35:05 | 20 | hand out of his pocket.  I was screaming, begging him to |
| 10:35:09 | 21 | take his hand out.  I said they're going to shoot you, |
| 10:35:13 | 22 | they're going to shoot you.  Please take your hand out. |
| 10:35:13 | 23 | And that's when the cop said shut the fuck up.  I guess |
| 10:35:16 | 24 | because I was intervening with what was going on, I |
| 10:35:19 | 25 | don't know, but I was trying to help. |

Exhibit F Page 12

| | | |
|---|---|---|
| 10:35:21 | 1 | BY MS. KUSHNER: |
| 10:35:21 | 2 | Q    Was this -- was Mr. Olango's sister present |
| 10:35:24 | 3 | when that statement -- the officer said to shut up? |
| 10:35:28 | 4 | A    She was standing across the street.  And at |
| 10:35:30 | 5 | that time I -- as me telling him to please take his hand |
| 10:35:35 | 6 | out, I'm telling her, please come tell your brother to |
| 10:35:38 | 7 | take his hand out of his pocket.  And she was crossing |
| 10:35:39 | 8 | the street. |
| 10:35:40 | 9 | Q    Got it.  Was she calling out to him? |
| 10:35:43 | 10 | A    She was like listen to the cop.  She was |
| 10:35:45 | 11 | screaming from across the street.  Listen, listen.  But |
| 10:35:49 | 12 | he wasn't listening.  He was -- I don't know.  I thought |
| 10:35:52 | 13 | he was on drugs.  He was not listening. |
| 10:35:55 | 14 | Q    And when the officer was speaking with him, |
| 10:35:59 | 15 | was the officer calm? |
| 10:36:01 | 16 | A    He -- the officer was very calm.  And |
| 10:36:04 | 17 | actually very respectful and really trying to get him to |
| 10:36:08 | 18 | pull his hand out of his pocket.  But that guy wasn't |
| 10:36:08 | 19 | budging. |
| 10:36:13 | 20 | Q    Was the officer deliberate in his -- in what |
| 10:36:17 | 21 | he was saying, his instruction to -- |
| 10:36:19 | 22 | A    Very. |
| 10:36:21 | 23 | Q    And he was clear?  The officer was clear? |
| 10:36:23 | 24 | A    Very clear. |
| 10:36:27 | 25 | Q    All right.  I want to play one more clip. |

Exhibit___F___ Page__13__

| | | |
|---|---|---|
| 10:36:32 | 1 | And for the record, this is starting at 21 minutes and |
| 10:36:36 | 2 | 24 seconds from the 10-12-2016 statement of Ms. Lanier |
| 10:36:44 | 3 | with the police. |
| 10:36:45 | 4 | (Audio clip begins) |
| 10:36:57 | 5 | "SPEAKER 1:  When he had his hand in his |
| 10:36:59 | 6 | pocket, and the way he was acting, did you believe him |
| 10:37:02 | 7 | to have a weapon at that time? |
| 10:37:04 | 8 | "SPEAKER 2:  Yeah.  I did. |
| 10:37:04 | 9 | "SPEAKER 1:  And so in your mind, what you're |
| 10:37:08 | 10 | thinking -- |
| 10:37:08 | 11 | "SPEAKER 2:  Mm-hmm. |
| 10:37:08 | 12 | "SPEAKER 1:  -- the way he was acting, the |
| 10:37:10 | 13 | way he held his body -- |
| 10:37:12 | 14 | "SPEAKER 2:  I thought he had a gun. |
| 10:37:14 | 15 | "SPEAKER 1:  Was there a safety issue in your |
| 10:37:16 | 16 | mind, do you think, for that police officer? |
| 10:37:17 | 17 | "SPEAKER 2:  Yep. |
| 10:37:17 | 18 | "SPEAKER 1:  Okay.  And why do you think |
| 10:37:19 | 19 | that? |
| 10:37:19 | 20 | SPEAKER 2:  Because the way -- okay.  The way |
| 10:37:21 | 21 | he had his hand in his pocket, the jeans was kind of -- |
| 10:37:27 | 22 | they were tight, but wasn't tight, so you could really |
| 10:37:29 | 23 | tell -- you could tell if it was just a hand.  It didn't |
| 10:37:33 | 24 | look like just a hand.  So I honestly thought he had a |
| 10:37:37 | 25 | weapon. |

Exhibit F Page 14

| | | |
|---|---|---|
| 10:37:38 | 1 | SPEAKER 1:  So there appeared to be |
| 10:37:38 | 2 | something" -- |
| 10:37:38 | 3 | (Audio clip stopped) |
| 10:37:39 | 4 | BY MS. KUSHNER: |
| 10:37:39 | 5 | Q     That's your voice on that recording? |
| 10:37:42 | 6 | A     Yes, ma'am. |
| 10:37:42 | 7 | Q     Okay.  And of those clips I played for you |
| 10:37:47 | 8 | today, is there anything that you said that, as you sit |
| 10:37:51 | 9 | here today, you remember differently? |
| 10:37:53 | 10 | A     No. |
| 10:37:55 | 11 | Q     Okay. |
| 10:37:55 | 12 | MR. DUNN:  Could I get an identification as |
| 10:37:58 | 13 | to when that statement was made and at what minute did |
| 10:38:03 | 14 | you just play? |
| 10:38:04 | 15 | MS. KUSHNER:  Yeah.  So I just -- it was the |
| 10:38:06 | 16 | 10-12-2016 statement by Ms. Lanier.  And I just played |
| 10:38:12 | 17 | clip 21 minutes and 24 seconds to 22 minutes 5 seconds. |
| 10:38:17 | 18 | MR. DUNN:  Thank you, Counsel. |
| 10:38:18 | 19 | MS. KUSHNER:  Sure. |
| 10:38:33 | 20 | Q     All right.  Ms. Lanier, you knew Mr. Olango |
| 10:38:48 | 21 | prior to this incident, correct? |
| 10:38:50 | 22 | A     Yes. |
| 10:38:52 | 23 | Q     Okay.  And for how long had you known him? |
| 10:38:54 | 24 | A     I'd known him for two years.  He was |
| 10:38:56 | 25 | actually -- he sold drugs and hung out a lot. |

| | | |
|---|---|---|
| 10:40:09 | 1 | together. |
| 10:40:10 | 2 | Q    On how many occasions did you smoke meth -- |
| 10:40:16 | 3 | A    Only twice. |
| 10:40:16 | 4 | Q    Let me just get the question out. |
| 10:40:18 | 5 | A    Okay.  I'm sorry. |
| 10:40:19 | 6 | Q    No, no, no.  This is something we all do.  We |
| 10:40:22 | 7 | do it in normal conversation.  I don't blame you.  I |
| 10:40:25 | 8 | just want to make sure we get a clear record of your |
| 10:40:27 | 9 | testimony. |
| 10:40:28 | 10 | A    Okay. |
| 10:40:29 | 11 | Q    How many times did you smoke meth with |
| 10:40:32 | 12 | Mr. Olango? |
| 10:40:33 | 13 | A    Two times. |
| 10:40:36 | 14 | Q    And, just for the record, we're saying meth, |
| 10:40:39 | 15 | but that's just for methamphetamine, correct? |
| 10:40:41 | 16 | A    Yes, ma'am. |
| 10:40:42 | 17 | Q    Okay.  Have you seen Mr. Olango do drugs |
| 10:40:48 | 18 | other than those two occasions? |
| 10:40:50 | 19 | A    Yes, I have. |
| 10:40:52 | 20 | Q    Okay.  And those occasions were also meth? |
| 10:40:55 | 21 | A    Yes, ma'am. |
| 10:40:56 | 22 | Q    All right.  And how many times had you seen |
| 10:40:58 | 23 | him do meth? |
| 10:40:59 | 24 | A    I hung at the park every day.  And every day |
| 10:41:05 | 25 | I seen him, every day he was high. |

Exhibit __F__ Page __16__

| | | |
|---|---|---|
| 10:45:11 | 1 | A Yes. Because he pulled me over before. So I |
| 10:45:14 | 2 | know who he is. |
| 10:45:18 | 3 | Q Okay. And he was in a police uniform? |
| 10:45:20 | 4 | A Yes, ma'am. |
| 10:45:21 | 5 | Q Okay. And they pulled up in marked police |
| 10:45:25 | 6 | cars? |
| 10:45:25 | 7 | A Yes. |
| 10:45:26 | 8 | Q Okay. Did he identify himself as a police |
| 10:45:29 | 9 | officer? |
| 10:45:29 | 10 | A Yes, he did. |
| 10:45:39 | 11 | Q When he asked -- when the police officer |
| 10:45:41 | 12 | asked Mr. Olango, take your hands out of your pocket, |
| 10:45:45 | 13 | did Mr. Olango respond verbally in any manner? |
| 10:45:49 | 14 | A No. He said no, no. He kept saying no. |
| 10:45:53 | 15 | Q Okay. |
| 10:45:53 | 16 | A Now, that word, he kept repeating. Like no |
| 10:45:57 | 17 | matter what the officer said, "no" was in his |
| 10:46:02 | 18 | vocabulary. He kept using it. |
| 10:46:04 | 19 | Q And you heard the officer tell Mr. Olango |
| 10:46:10 | 20 | "take your hand out of your pocket" several times, |
| 10:46:14 | 21 | right? |
| 10:46:14 | 22 | A I heard him. I mean, I'm literally here, and |
| 10:46:19 | 23 | the cop is there (indicating). So I'm real close. I'm |
| 10:46:21 | 24 | real close to him. |
| 10:46:22 | 25 | Q How close? Like can you estimate the number |

Exhibit F Page 17

| | | |
|---|---|---|
| 10:46:27 | 1 | of feet? |
| 10:46:27 | 2 | A    I'd say about -- shoot, I really can't say |
| 10:46:35 | 3 | feet.  I'm like this (indicating). |
| 10:46:37 | 4 | Q    Okay.  So you and I, I would estimate, we're |
| 10:46:41 | 5 | about three feet apart from each other? |
| 10:46:43 | 6 | MR. DUNN:  No.  You're way farther than three |
| 10:46:46 | 7 | feet.  I just can't let the record say that. |
| 10:46:49 | 8 | MS. KUSHNER:  That's fine. |
| 10:46:51 | 9 | MR. DUNN:  That's just way more. |
| 10:46:51 | 10 | THE WITNESS:  I'd say about one feet.  One |
| 10:46:52 | 11 | feet.  Like we -- I can't really say feet.  We were |
| 10:46:56 | 12 | close.  Like we were close.  Like the cop is here, |
| 10:47:02 | 13 | Olango is there, I'm right there.  We're close. |
| 10:47:05 | 14 | BY MS. KUSHNER: |
| 10:47:06 | 15 | Q    So you were closing to the officer than you |
| 10:47:08 | 16 | and I are now? |
| 10:47:09 | 17 | A    Yes, I was closer to the officer.  Yes. |
| 10:47:12 | 18 | MR. DUNN:  Okay.  We have to get some kind of |
| 10:47:15 | 19 | a reflection.  Can the camera even just show how far |
| 10:47:20 | 20 | they are away from each other? |
| 10:47:21 | 21 | VIDEOGRAPHER:  It can. |
| 10:47:22 | 22 | MR. DUNN:  Okay.  That would be the best.  If |
| 10:47:24 | 23 | you can just show. |
| 10:47:26 | 24 | THE WITNESS:  Okay. |
| 10:47:27 | 25 | MS. KUSHNER:  Or you could show just the |

Exhibit  F   Page  18

| | | |
|---|---|---|
| 10:47:29 | 1 | width of the table.  I'm on the other side of the table. |
| 10:47:35 | 2 | MR. DUNN:  You would have to take it off the |
| 10:47:37 | 3 | thing to do that, right? |
| 10:47:38 | 4 | VIDEOGRAPHER:  Okay. |
| 10:47:39 | 5 | MR. DUNN:  Hold on.  Hold on.  I don't want |
| 10:47:40 | 6 | to mess up the program too much.  When there's a |
| 10:47:42 | 7 | distance, we typically have some reflection of what |
| 10:47:46 | 8 | distance it is on the record.  And we can try to |
| 10:47:49 | 9 | estimate or, you know, perhaps you could use the camera. |
| 10:47:52 | 10 | MS. KUSHNER:  Well, clearly we're just doing |
| 10:47:55 | 11 | an estimate. |
| 10:47:55 | 12 | MR. DUNN:  Okay. |
| 10:47:58 | 13 | MS. KUSHNER:  I mean, Counsel, what do you |
| 10:47:59 | 14 | think we are?  I estimated three. |
| 10:48:00 | 15 | MR. DUNN:  I think that distance is about |
| 10:48:01 | 16 | four-and-a-half to five feet. |
| 10:48:03 | 17 | MS. KUSHNER:  Okay.  All right.  So four to |
| 10:48:05 | 18 | five feet.  That's fine.  We can agree to that, four to |
| 10:48:10 | 19 | five -- that Ms. Lanier and I are four to five feet |
| 10:48:13 | 20 | apart. |
| 10:48:14 | 21 | Q     Would you, Ms. Lanier? |
| 10:48:15 | 22 | A     I agree. |
| 10:48:16 | 23 | Q     Okay. |
| 10:48:17 | 24 | A     You're a little further than -- |
| 10:48:19 | 25 | Q     Okay.  And you're saying that at the time of |

Exhibit  F  Page  19

| | | |
|---|---|---|
| 10:48:21 | 1 | this incident, at the time of the shooting, you were |
| 10:48:24 | 2 | closer than you and I are now to the police officer? |
| 10:48:27 | 3 | A    Yes, I was. |
| 10:48:28 | 4 | Q    Okay.  Thank you.  And how many times would |
| 10:48:36 | 5 | you -- did you hear the officer ask Mr. Olango to take |
| 10:48:40 | 6 | his hand out of his pocket? |
| 10:48:42 | 7 | A    You know what?  That officer repeated that so |
| 10:48:45 | 8 | many times.  I couldn't even count.  That was his |
| 10:48:50 | 9 | main -- main subject.  Take your hands out of your |
| 10:48:54 | 10 | pocket, take your hands out of your pocket.  And he |
| 10:48:56 | 11 | never did. |
| 10:48:57 | 12 | Q    And you saw -- you eventually saw Mr. Olango |
| 10:49:01 | 13 | did take his right hand out of his pocket. |
| 10:49:03 | 14 | A    Yeah.  Yes. |
| 10:49:10 | 15 | Q    And you told Mr. Olango to take his hand out |
| 10:49:13 | 16 | of his pocket? |
| 10:49:14 | 17 | A    Yeah.  I was begging him.  I was beg- -- |
| 10:49:16 | 18 | because I knew that officer was going to have to shoot |
| 10:49:18 | 19 | him because he didn't know if he had a gun or not.  So, |
| 10:49:23 | 20 | I mean, if I was the officer, I would have did the same |
| 10:49:27 | 21 | thing. |
| 10:49:27 | 22 | Q    Because you even thought he had a weapon. |
| 10:49:30 | 23 | A    I thought -- I thought he had a weapon.  And |
| 10:49:32 | 24 | I'm going to protect myself.  So that's why I think the |
| 10:49:35 | 25 | officer did his job.  He did nothing wrong. |

Exhibit  F  Page  20

| | | |
|---|---|---|
| 10:49:39 | 1 | Q    And you still believe that today? |
| 10:49:41 | 2 | A    I -- that officer did his job. |
| 10:49:47 | 3 | Q    After the incident, you learned that |
| 10:49:49 | 4 | Mr. Olango didn't have a gun, right? |
| 10:49:52 | 5 | A    Yeah. |
| 10:49:53 | 6 | MR. DUNN:  Well, objection.  Hold on.  That |
| 10:49:54 | 7 | misstates the evidence and misstates her testimony, and |
| 10:49:58 | 8 | is leading and somewhat argumentative as phrased. |
| 10:50:00 | 9 | BY MS. KUSHNER: |
| 10:50:01 | 10 | Q    Okay.  You understand the question? |
| 10:50:05 | 11 | A    Yes, I do.  Later on, after everything |
| 10:50:09 | 12 | occurred, I found out he didn't have a gun.  And that |
| 10:50:14 | 13 | sucked.  That was the sucky part of it. |
| 10:50:17 | 14 | Q    All right.  Does that change your opinion |
| 10:50:20 | 15 | that prior, immediately prior to the shooting, you did |
| 10:50:25 | 16 | think he had a weapon? |
| 10:50:28 | 17 | A    It kind of did.  I didn't agree on the amount |
| 10:50:32 | 18 | of times he was shot. |
| 10:50:33 | 19 | Q    Okay. |
| 10:50:34 | 20 | A    That's one -- that's one thing I stand stiff |
| 10:50:38 | 21 | on.  The amount of times that cop shot him, I don't |
| 10:50:42 | 22 | think he should have shot him that many times. |
| 10:50:45 | 23 | Q    All right.  Fair enough.  I'm going to |
| 10:51:01 | 24 | show -- I'm going to mark this as Exhibit 1. |
| 10:51:09 | 25 | Are we doing -- are you continuing exhibits |

Exhibit F Page 21

| | | |
|---|---|---|
| 10:51:10 | 1 | or -- |
| 10:51:10 | 2 | MR. DUNN: That's fine. We can call it 1. |
| 10:51:12 | 3 | MS. KUSHNER: All right. |
| 10:51:13 | 4 | (Exhibit 1 marked) |
| 10:51:13 | 5 | BY MS. KUSHNER: |
| 10:51:14 | 6 | Q    Do you recognize this? |
| 10:51:16 | 7 | A    That's my handwriting, and that's what I |
| 10:51:19 | 8 | wrote to -- that's what I wrote for the police officer. |
| 10:51:22 | 9 | Q    Okay. |
| 10:51:22 | 10 | A    That's my handwriting. |
| 10:51:24 | 11 | Q    And, for the record, it's identified on the |
| 10:51:27 | 12 | one-page document as El Cajon Police Department |
| 10:51:30 | 13 | Statement Form.  Did you write this on the day of the |
| 10:51:34 | 14 | incident, September 27th? |
| 10:51:36 | 15 | A    Yes, ma'am. |
| 10:51:37 | 16 | Q    Okay.  Let me just get it out completely. |
| 10:51:40 | 17 | A    Okay. |
| 10:51:40 | 18 | Q    You wrote this on the day of the incident, |
| 10:51:43 | 19 | 9-27-16? |
| 10:51:44 | 20 | A    Yes, ma'am. |
| 10:51:45 | 21 | Q    Okay.  And is everything on here your |
| 10:51:47 | 22 | handwriting? |
| 10:51:48 | 23 | A    Yes, ma'am. |
| 10:51:49 | 24 | Q    Okay.  Is this your signature at the bottom? |
| 10:51:52 | 25 | A    Yes, ma'am. |

Exhibit F  Page 22

|          |    |                                                                      |
|----------|----|----------------------------------------------------------------------|
| 10:51:54 | 1  |     Q    Okay.  And this is a true and accurate copy                 |
| 10:51:56 | 2  | of your written statement on that date?                              |
| 10:51:58 | 3  |     A    Yes, ma'am.                                                  |
| 10:51:58 | 4  |     Q    Okay.  And just to -- I think I understand                  |
| 10:52:02 | 5  | everything you wrote, but just so I'm not misreading,                |
| 10:52:06 | 6  | can you read -- it's not that long.  Can you read this               |
| 10:52:09 | 7  | statement for me?                                                    |
| 10:52:11 | 8  |     A    Oh, boy.  "The officer was telling the guy to               |
| 10:52:17 | 9  | get his hands out of his pockets.  The guy kept saying               |
| 10:52:20 | 10 | no, no.  The" -- "the officer" -- oh, God -- "I must say             |
| 10:52:26 | 11 | was not wrong.  He did his job.  The suspect looks to                |
| 10:52:32 | 12 | have a mental illness.  The man pulled his hand out of               |
| 10:52:37 | 13 | his pocket with something aimed at officer."  And that's             |
| 10:52:44 | 14 | what I put.                                                          |
| 10:52:46 | 15 |     Q    Okay.                                                       |
| 10:52:48 | 16 |         MR. DUNN:  There's more.                                     |
| 10:52:49 | 17 |         THE WITNESS:  Oh.  "I know male as Mook."                    |
| 10:52:53 | 18 |         MR. DUNN:  What's this word here?                            |
| 10:52:55 | 19 |         THE WITNESS:  Which one?                                     |
| 10:52:56 | 20 |         MR. DUNN:  Do you see here (indicating)?                     |
| 10:52:57 | 21 |         THE WITNESS:  And, A-N-D.  Sorry.  My                        |
| 10:53:00 | 22 | handwriting is horrible.                                             |
| 10:53:02 | 23 | BY MS. KUSHNER:                                                      |
| 10:53:02 | 24 |     Q    That's okay.  No, no, no.  I've seen a lot                  |
| 10:53:06 | 25 | worse.  Thank you for that.                                          |

| | | |
|---|---|---|
| 11:00:19 | 1 | A    We were at the taco shop and -- |
| 11:00:24 | 2 | Q    You want to draw on a paper? |
| 11:00:26 | 3 | A    Yeah. |
| 11:00:28 | 4 | Q    If it will help you. |
| 11:00:29 | 5 | A    No, it won't. |
| 11:00:30 | 6 | Q    Okay.  Then keep going.  Just keep going. |
| 11:00:32 | 7 | A    We were at a taco shop, and we were like |
| 11:00:35 | 8 | together, like me and you is sitting.  That's how we -- |
| 11:00:40 | 9 | that's how all of us was.  We're so close.  We were |
| 11:00:45 | 10 | close. |
| 11:00:46 | 11 | Q    Was Mr. Olango's sister also there? |
| 11:00:51 | 12 | A    She was there, but she had ran back -- she |
| 11:00:55 | 13 | came, and then she ran back across the street, and she |
| 11:00:59 | 14 | was yelling.  And then when I told her please come tell |
| 11:01:02 | 15 | your brother to take his hand out of his pocket, then |
| 11:01:05 | 16 | she comes across the street.  So she was standing across |
| 11:01:08 | 17 | the street shaking her head while the officer was |
| 11:01:11 | 18 | talking to her brother.  But I told her, please come |
| 11:01:14 | 19 | over and tell your brother to take his hand out of |
| 11:01:17 | 20 | pocket.  She ran across the street.  And Olango was |
| 11:01:21 | 21 | here, she was there (indicating).  That's when he went |
| 11:01:23 | 22 | like that and aimed at her (indicating), like -- and |
| 11:01:26 | 23 | then all you heard was gunshots after that. |
| 11:01:29 | 24 | Q    Do you remember -- now we're going to call |
| 11:01:32 | 25 | his sister Lucy.  Okay?  That's her name, Lucy. |

Exhibit___F___ Page___24

| | | |
|---|---|---|
| 11:01:32 | 1 | A       Mm-hmm. |
| 11:01:35 | 2 | Q       Do you remember where Lucy was at the time of |
| 11:01:38 | 3 | the shooting? |
| 11:01:39 | 4 | A       She -- she was right -- she was -- she was |
| 11:01:43 | 5 | right there. She was -- her brother, her, the cop. She |
| 11:01:47 | 6 | was right there. And when she was telling him to get |
| 11:01:52 | 7 | his hand out, and the cop just pow, pow, pow, that's |
| 11:01:54 | 8 | when she started screaming. |
| 11:01:56 | 9 | Q       So were you both telling Mr. Olango to get |
| 11:01:59 | 10 | his hand -- |
| 11:01:59 | 11 | A       We were. We were screaming at him. I was |
| 11:02:01 | 12 | crying, begging him to take his hand out. Because I |
| 11:02:04 | 13 | just felt in my heart that that cop was going to shoot |
| 11:02:07 | 14 | him. Because I would have did it. Because I don't know |
| 11:02:09 | 15 | what's in your pocket. And I was screaming. We were |
| 11:02:12 | 16 | both screaming at him to take his hand. But I don't |
| 11:02:16 | 17 | know why he didn't take his hand out. |
| 11:02:18 | 18 | Q       Okay. |
| 11:02:18 | 19 | A       I don't understand. |
| 11:02:19 | 20 | Q       So -- now, this is kind of a difficult |
| 11:02:22 | 21 | question. So hear me out. Okay? |
| 11:02:24 | 22 | A       Okay. |
| 11:02:24 | 23 | Q       Did you see his hand in his pocket? |
| 11:02:30 | 24 | A       Yes. His hand was in his pocket. |
| 11:02:34 | 25 | Q       Okay. Did you see anything else that |

Exhibit F Page 25

| | | |
|---|---|---|
| 11:02:37 | 1 | appeared to be in his pocket besides his hand? |
| 11:02:40 | 2 | A    His hand was more -- you couldn't see what |
| 11:02:45 | 3 | was under his hand because his hand was more bulkier. |
| 11:02:50 | 4 | It was bulky.  So -- but I didn't know if -- what he |
| 11:02:54 | 5 | had.  I couldn't see it.  But it was bulky.  And that |
| 11:02:58 | 6 | led me to believe he had a weapon.  But -- |
| 11:03:03 | 7 | Q    So -- okay.  Don't let me cut you off.  Are |
| 11:03:06 | 8 | you done?  So right before the shooting happened, did |
| 11:03:12 | 9 | you see what he had in his hand? |
| 11:03:14 | 10 | A    No. |
| 11:03:14 | 11 | Q    Okay. |
| 11:03:15 | 12 | A    Nope.  Nope.  Not at all. |
| 11:03:18 | 13 | Q    Could you see anything at all -- |
| 11:03:20 | 14 | A    No. |
| 11:03:21 | 15 | Q    -- in his hands -- let me just finish this |
| 11:03:24 | 16 | one question. |
| 11:03:24 | 17 | A    Okay. |
| 11:03:25 | 18 | Q    Could you see anything at all in his hands |
| 11:03:29 | 19 | prior to the time of the shooting? |
| 11:03:32 | 20 | A    No. |
| 11:03:35 | 21 | Q    So you said that you -- that he had a vape? |
| 11:03:48 | 22 | Describe what it was again. |
| 11:03:49 | 23 | A    When he pulled out, like he was -- like he |
| 11:03:53 | 24 | had a gun, that's what he had, a -- that thing you |
| 11:03:58 | 25 | smoke.  A vape.  A vape.  I don't even know if I'm |

Exhibit___F___ Page__26__

| | | |
|---|---|---|
| 11:04:01 | 1 | saying it right, but it was that thing you smoke.  It |
| 11:04:04 | 2 | was long.  That's what he had in his hand when he drawed |
| 11:04:07 | 3 | out. |
| 11:04:07 | 4 | Q    Okay. |
| 11:04:08 | 5 | A    And the cop shot him. |
| 11:04:09 | 6 | Q    This is going to be a question.  Please try |
| 11:04:12 | 7 | to let me finish it -- |
| 11:04:12 | 8 | A    Yes, sir. |
| 11:04:13 | 9 | Q    -- because it's kind of a difficult question. |
| 11:04:14 | 10 | And I want you to try to think about what you remember. |
| 11:04:17 | 11 | A    Okay. |
| 11:04:17 | 12 | Q    When did you first learn that the object that |
| 11:04:24 | 13 | he had was a vape? |
| 11:04:27 | 14 | A    His sister.  Because she was crying and she |
| 11:04:31 | 15 | was talking to me, and that's what she told me.  That's |
| 11:04:35 | 16 | when she told me it was a vape. |
| 11:04:37 | 17 | Q    Okay. |
| 11:04:38 | 18 | A    And then, after all that, then hearing on the |
| 11:04:41 | 19 | news, that's when I learned that it was not a gun.  It |
| 11:04:45 | 20 | was a -- he got killed for a vape pen. |
| 11:04:49 | 21 | Q    Now, with regard to his sister telling you |
| 11:04:53 | 22 | this, when exactly did she tell you that? |
| 11:04:59 | 23 | A    After.  Because I had seen her -- they had |
| 11:05:03 | 24 | threw a barbecue, like where he got shot at.  There was, |
| 11:05:07 | 25 | you know, set up and I talked to her.  Because they |

Exhibit F Page 27

| | | |
|---|---|---|
| 11:05:10 | 1 | wanted me to talk to the father.  But I never -- that |
| 11:05:13 | 2 | never occurred, but I talked to her, and that's when she |
| 11:05:16 | 3 | told me. |
| 11:05:16 | 4 | Q    And that would have been days later? |
| 11:05:18 | 5 | A    That was -- actually, it was a week later. |
| 11:05:21 | 6 | Q    Okay.  So -- okay.  Now, what was it about |
| 11:05:36 | 7 | his behavior that led you to believe that he was |
| 11:05:41 | 8 | suffering from some form of a mental illness? |
| 11:05:44 | 9 | A    Because when he was running back and forth |
| 11:05:46 | 10 | across the -- in the street, out of the street, he's |
| 11:05:50 | 11 | yelling and screaming, acting like a mad man.  I never |
| 11:05:54 | 12 | seen him like that before.  The guy I met, happy, |
| 11:06:00 | 13 | spoke -- this -- that person, I don't know what was |
| 11:06:04 | 14 | wrong with him.  It was like he was possessed or |
| 11:06:07 | 15 | something.  Because he was acting like a mad man. |
| 11:06:11 | 16 | Q    Did you see him hit anybody? |
| 11:06:13 | 17 | A    No, I did not. |
| 11:06:14 | 18 | Q    Did you see him threaten anybody with |
| 11:06:17 | 19 | violence? |
| 11:06:17 | 20 | A    No.  He was just cussing people out.  That's |
| 11:06:17 | 21 | it. |
| 11:06:22 | 22 | Q    Okay.  Were you afraid of him? |
| 11:06:23 | 23 | A    No.  Because I told him he better go sit his |
| 11:06:27 | 24 | ass down, because I know who he is and I know that |
| 11:06:30 | 25 | wasn't the man I met, that he wasn't himself.  That's |

Exhibit F  Page 28

| | | |
|---|---|---|
| 11:06:35 | 1 | why I thought he was on some type of drug.  Because he |
| 11:06:38 | 2 | was acting like a real mad man. |
| 11:06:41 | 3 | Q  So did you see him go and confront anybody? |
| 11:06:49 | 4 | You know what I mean? |
| 11:06:50 | 5 | A  No. |
| 11:06:50 | 6 | Q  Did he ever get in anybody's grill? |
| 11:06:53 | 7 | A  No. |
| 11:06:53 | 8 | Q  Did he ever get in anybody's face? |
| 11:06:55 | 9 | A  No, he did not.  No.  He was just -- the |
| 11:06:57 | 10 | sister was talking to him.  He was just yelling at her, |
| 11:07:00 | 11 | telling her to shut up, and that's it.  But I didn't see |
| 11:07:04 | 12 | him approach nobody or threaten nobody.  No, I -- no, he |
| 11:07:09 | 13 | didn't do that.  I didn't see that.  At all. |
| 11:07:12 | 14 | Q  Okay.  Did you ever -- I'm going to ask a |
| 11:07:21 | 15 | different question. |
| 11:07:22 | 16 | A  Okay. |
| 11:07:29 | 17 | Q  Did you ever see him running that afternoon? |
| 11:07:33 | 18 | A  Out in the street, just in and out of the |
| 11:07:38 | 19 | street, running in and out of the street.  Like -- he |
| 11:07:43 | 20 | was wild with it.  But he was running in and out of the |
| 11:07:45 | 21 | street.  That's the only time I seen him run.  When the |
| 11:07:48 | 22 | cops approached him, he was just like moving fast, but |
| 11:07:53 | 23 | backing -- more so backing up.  Because he was kind |
| 11:07:56 | 24 | of -- the way they had him, he was cornered.  So he was |
| 11:07:59 | 25 | just backing up.  He wasn't running.  But when he was in |

| | | |
|---|---|---|
| 11:08:03 | 1 | the -- before the cops came, he was running in and out |
| 11:08:06 | 2 | of the street. |
| 11:08:07 | 3 | Q So did it appear to you that he was trying to |
| 11:08:11 | 4 | get away from the officers? |
| 11:08:13 | 5 | A Yeah, he was. |
| 11:08:14 | 6 | MS. KUSHNER: Calls for speculation. |
| 11:08:14 | 7 | THE WITNESS: Yeah, he was trying. |
| 11:08:16 | 8 | BY MR. DUNN: |
| 11:08:16 | 9 | Q Okay. What makes you say that? |
| 11:08:18 | 10 | A Okay. Because when they had him cornered, he |
| 11:08:20 | 11 | did turn around and run to the gate. But the gate was |
| 11:08:25 | 12 | too high, because he grabbed the gate like he was going |
| 11:08:29 | 13 | to climb it, but he couldn't. He was cornered. But you |
| 11:08:32 | 14 | can tell he was trying to run away, he was trying to get |
| 11:08:36 | 15 | away from them, but he couldn't. |
| 11:08:39 | 16 | Q So what do you mean when you say "cornered"? |
| 11:08:41 | 17 | A Okay. I'm standing with my back towards the |
| 11:08:48 | 18 | corner, and the cops are standing like this |
| 11:08:50 | 19 | (indicating). He got no -- he got nowhere to run. It's |
| 11:08:54 | 20 | a gate. He's cornered. He can't run. |
| 11:08:57 | 21 | Q Did you ever see him attack any police |
| 11:09:00 | 22 | officer before he was cornered? |
| 11:09:01 | 23 | A No. He did not attack, threaten no cop. No, |
| 11:09:05 | 24 | he did not do that. |
| 11:09:06 | 25 | Q Did you see him make any kind of motion like |

Exhibit __F__ Page __30__

| | | |
|---|---|---|
| 11:17:45 | 1 | A        That was when -- okay.  That time, that's |
| 11:17:48 | 2 | when the detectives came looking for me.  That's when -- |
| 11:17:50 | 3 | that wasn't on the day of the shooting.  The detectives |
| 11:17:54 | 4 | had been looking for me, and they finally caught up to |
| 11:17:57 | 5 | me.  That's when I, you know, was willing to just go |
| 11:18:01 | 6 | ahead and talk to them.  But when I wrote this was the |
| 11:18:04 | 7 | day of the shooting.  And that cop was like "ying, ying, |
| 11:18:07 | 8 | ying" in my ear, and I'm like crying and upset.  So I |
| 11:18:10 | 9 | just wanted him out of my face.  So that's why I wrote |
| 11:18:13 | 10 | this the day of the shooting. |
| 11:18:14 | 11 | Q        Okay.  So would it be correct to say that you |
| 11:18:17 | 12 | did -- you wrote the statement because the police |
| 11:18:23 | 13 | officer made you feel like you had to? |
| 11:18:25 | 14 | A        You're very correct.  I felt like I had to. |
| 11:18:28 | 15 | If I didn't, I'll get in trouble. |
| 11:18:30 | 16 | Q        Okay.  And would that also be the same for |
| 11:18:32 | 17 | the other one that you gave on the 12th? |
| 11:18:34 | 18 | A        No.  I wanted to -- I wanted to talk.  I |
| 11:18:39 | 19 | wanted to talk.  Because it was -- I've been having |
| 11:18:42 | 20 | nightmares.  So I wanted to get it out.  And I just |
| 11:18:46 | 21 | talked to them and got it done.  And that's the 12th, |
| 11:18:49 | 22 | when the detectives -- when I spoke to the two |
| 11:18:52 | 23 | detectives. |
| 11:18:52 | 24 | Q        Why were you hiding out prior to that? |
| 11:18:54 | 25 | A        Because I was scared they was going to take |

Exhibit F Page 31

| | | |
|---|---|---|
| 11:18:57 | 1 | me to jail because I was on probation, and I wasn't |
| 11:19:00 | 2 | living right. |
| 11:19:01 | 3 | Q    Did you think that if you gave a statement, |
| 11:19:03 | 4 | that it might help you with the police? |
| 11:19:09 | 5 | A    No. |
| 11:19:10 | 6 | Q    Okay. |
| 11:19:10 | 7 | A    I gave it because I needed to get it out. |
| 11:19:15 | 8 | Q    Do you believe that at any time you were |
| 11:19:17 | 9 | telling the police something that you thought they |
| 11:19:20 | 10 | wanted to hear? |
| 11:19:22 | 11 | A    Nope.  I spoke on how I felt and how I saw |
| 11:19:27 | 12 | things, period.  I don't give a hell how they feel.  I |
| 11:19:30 | 13 | spoke on what I seen and how I felt. |
| 11:19:33 | 14 | Q    Now, why do you say the officer shot too many |
| 11:19:37 | 15 | times? |
| 11:19:37 | 16 | A    I feel, okay, once, pow, I'm down.  All it |
| 11:19:45 | 17 | takes is one.  But several shots?  That's like -- that's |
| 11:19:51 | 18 | overboard.  All it takes is one shot, boom.  Why more |
| 11:19:56 | 19 | than one?  And that -- that was overboard.  Not cool. |
| 11:20:01 | 20 | That was overboard.  And he shot that man too many |
| 11:20:06 | 21 | times.  All it takes is one bullet, one, and I'm down. |
| 11:20:10 | 22 | More than one, that's just overboard.  Like, you were |
| 11:20:17 | 23 | upset about something.  I don't know.  That was just |
| 11:20:19 | 24 | overboard to me. |
| 11:20:20 | 25 | Q    Now, when you say, and I believe you said a |



Exhibit E Page 32

| | | |
|---|---|---|
| 11:20:23 | 1 | few times, that the officer was just doing his job, do |
| 11:20:23 | 2 | you recall that? |
| 11:20:27 | 3 | A    Yes.  The reason why I said the cop was doing |
| 11:20:29 | 4 | his job, because Mr. Olango had his hand in his pocket. |
| 11:20:34 | 5 | I don't know if it's a gun in there.  I'm going to |
| 11:20:37 | 6 | protect myself before you shoot me.  That's why I feel |
| 11:20:41 | 7 | that the cop did his job. |
| 11:20:44 | 8 | Q    Do you feel like his decision to shoot four |
| 11:20:47 | 9 | times was doing his job? |
| 11:20:49 | 10 | A    That was -- that was a no-no.  I felt very |
| 11:20:54 | 11 | poorly about that.  I don't think he had to shoot -- all |
| 11:20:59 | 12 | it takes is one.  That was overboard.  Four times was |
| 11:21:02 | 13 | overboard. |
| 11:21:03 | 14 | Q    Now, do you know which hand he had in which |
| 11:21:07 | 15 | pocket?  Like right or left? |
| 11:21:10 | 16 | A    I don't remember. |
| 11:21:23 | 17 | Q    So what are you doing with yourself these |
| 11:21:26 | 18 | days specifically? |
| 11:21:27 | 19 | A    Well, I'm homeless.  I have a job interview |
| 11:21:31 | 20 | at McDonald's next week.  I'm staying off drugs.  I'm |
| 11:21:36 | 21 | just -- don't have nowhere to live right now, but I have |
| 11:21:40 | 22 | an interview for a job.  I've been putting in job |
| 11:21:43 | 23 | applications.  That's what I've been doing.  I'm trying. |
| 11:21:46 | 24 | Q    Are you currently still on probation? |
| 11:21:49 | 25 | A    No, I'm not on any paperwork. |

Exhibit F Page 33

```
 1          I, TAMARA L. ESPINO, a Certified Shorthand

 2    Reporter of the State of California, do hereby certify:

 3          That the foregoing proceedings were taken

 4    before me at the time and place herein set forth; that

 5    any witnesses in the foregoing proceedings, prior to

 6    testifying, were administered an oath; that a record of

 7    the proceedings was made by me using machine shorthand

 8    which was thereafter transcribed under my direction;

 9    that the foregoing transcript is a true record of the

10    testimony given.

11          Further, that if the foregoing pertains to

12    the original transcript of a deposition in a Federal

13    Case, before completion of the proceedings, review of

14    the transcript [ ] was [X] was not requested.

15          I further certify that I am neither

16    financially interested in the action nor a relative or

17    employee of any attorney or any party to this action.

18          IN WITNESS WHEREOF, I have this date

19    subscribed my name.

20

21       Dated:  June 22, 2018

22

23       _____

24       TAMARA L. ESPINO
         CSR No. 9494

25
```