**FILED**

APR 7 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RICHARD OLANGO ABUKA, an individual, <br><br> Plaintiff-Appellant, <br><br> and <br><br> H. C., a minor, individually and as Successor in Interest to Alfred Okwera Olango, deceased, by and through her Guardian Ad Litem, Celanese Small; et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF EL CAJON, a municipal entity; RICHARD GONSALVES, <br><br> Defendants-Appellees. | No. 19-55335 <br><br> D.C. Nos. <br> 3:17-cv-00089-BAS-NLS <br> 3:17-cv-00347-BAS-NLS <br> Southern District of California, San Diego <br><br> ORDER |

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument. This case shall be submitted on the briefs and record, without oral argument, on May 4, 2020 in Pasadena. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7